# EXHIBIT A-78

**FILED**
**19 AUG 2024 03:17 pm**
**Civil Administration**
**M. RIVERA**

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION – CIVIL SECTION

| | |
|---|---|
| GINA WIEGER, *on her own behalf and as Parent and Natural Guardian of* S.P., *a Minor*, | : PHILADELPHIA COUNTY |
| | : COURT OF COMMON PLEAS |
| Plaintiffs, | : TRIAL DIVISION |
| | : |
| v. | : |
| | : |
| MEAD JOHNSON & COMPANY LLC; MEAD JOHNSON NUTRITION COMPANY; ABBOTT LABORATORIES; THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *d/b/a* PENNSYLVANIA HOSPITAL; and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *d/b/a* PENN MEDICINE, | : MARCH TERM, 2022 |
| | : No. 220302601 |
| | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | |

## ORDER

AND NOW, this 11ᵗʰ day of September 2024, upon consideration of the Motion for Admission of Attorney Paula S. Quist *Pro Hac Vice*, it is hereby **ORDERED** and **DECREED** that the Motion for Admission *Pro Hac Vice* is hereby **GRANTED**, and Paula S. Quist, of Jones Day, is hereby admitted *Pro Hac Vice* for the purpose of representing Defendant Abbott Laboratories in the above-captioned action after obtaining the appropriate City of Philadelphia Business Privilege Tax License pursuant to 19-2602 of the Philadelphia Code. *Pro Hac Vice* Counsel shall pay all City Business and Wage Tax as required.

**BY THE COURT:**

_____ J.

ORDER-Wieger Etal Vs Mead Johnson

22030260100168

# EXHIBIT A-79

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

AUGUST 29, 2024

T. RENFRO
SWANSON,MARTIN&BELL, LLP
330 N. WABASH, SUITE 3300
CHICAGO, IL 60611

WIEGER ETAL VS MEAD JOHNSON & COMPANY, LLC ETAL
220302601

NOTICE AND ORDER FOR PRE-TRIAL CONFERENCE -
ALL MAJOR JURY PROGRAMS

Take notice that this case is hereby listed for a Pre-Trial
Conference with the Honorable LINDA CARPENTER on November 04,
2024, at 09:30 A.M.Counsel appearing at the Pre-Trial Conference
must be prepared to discuss all issues related to the trial of
this matter.

PLEASE NOTE THE COURT WILL SCHEDULE COMPLEX TRACK CASES
WITHIN 1 YEAR OF THE PRE-TRIAL CONFERENCE AND AS EARLY AS 60 DAYS
FROM THE PRE-TRIAL CONFERENCE. THE COURT ANTICIPATES SCHEDULING
MOST EXPEDITED AND STANDARD TRACK CASES FOR TRIAL IN THE MONTH
IMMEDIATELY FOLLOWING THE PRE-TRIAL CONFERENCE.

It is mandatory that the counsel who attends the Pre-Trial
Conference verifies the availability of clients, witnesses, and
experts for trial, as well as all trial counsel's scheduled
attachments and pre-paid vacations for the 12 months following
the Pre-Trial Conference. At the Conference counsel will be
responsible for advising the Court of any potential conflicts
inlcuding religious holidays observed by counsel or their
clients. Once scheduled, a trial will not be rescheduled absent
extraordinary and unforeseen circumstances.

Questions concerning this Notice/Order should be directed to
the appropriate program administrator at the phone number listed
at the bottom of this Order.

IT IS FURTHER ORDERED THAT:

1. The Pre-Trial Conference will be conducted using Advanced
Communication Technology. Counsel shall access the Conference by
using the Zoom link posted on the following web-site under
"Remote Hearing Information by Judge" -
https://www.courts.phila.gov/remote-hearings/. Please note that
the Zoom link may be updated from time to time so you should use
the Zoom link that is published on the day of the Pre-Trial
Conference.

MAILR-Wieger Etal Vs Mead Johnson



22030260100171

NOTICE AND ORDER FOR PRE-TRIAL CONFERENCE ...page 2

220302601

2. Counsel for the plaintiff(s)/defendant(s) are directed to serve a copy of this Notice/Order on any attorney entering an appearance subsequent to the issuance of this Order.

3. NOT LATER THAN FIFTEEN (15) DAYS PRIOR TO THE PRE-TRIAL CONFERENCE, counsel shall electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the Court, a Pre-Trial Memorandum containing the following: (a) A concise summary of the nature of the case by plaintiff, or of the defense by the defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect any witness not named to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits should be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list all injuries or damages sustained together with all special damages claimed by category and amount. This list shall include, as appropriate, all claims for compensable medical expenses, wage loss and any other unliquidated damages claimed; (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers (including excess), together with applicable limits of liability; (f) Each counsel shall identify the most current demand and offer in settlement; and (g) Each counsel shall provide an estimate of anticipated length of trial and a true copy of all expert reports.

FAILURE TO TIMELY FILE PRE-TRIAL CONFERENCE MEMORANDUM MAY RESULT IN MONETARY SANCTIONS.

To file the Pre-Trial Memorandum electronically, access the "Existing Case" section of the Court's Electronic Filing System. Select "Conference Submissions" as the filing category. Select "Pre-trial Memorandum" as the document type. A hard copy of the electronically filed Pre-trial Memorandum shall be delivered to the Judge's chambers upon request.

4. At the conclusion of the Pre-Trial Conference, a Pre-Trial Order controlling the conduct of the trial may be entered. The Pre-Trial Order may also set deadlines for the filing of Motions in Limine, Points for Charge, and Proposed Special Interrogatories.

5. Counsel should be prepared to discuss settlement at the Pre-Trial Conference.

NOTICE AND ORDER FOR PRE-TRIAL CONFERENCE ...page 3

220302601

6. If this case settles prior to the Pre-Trial Conference, counsel must immediately electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type.

7. Questions concerning this Notice/Order should be directed to the appropriate program administrator at the phone number listed at the bottom of this Order.

BY THE COURT:
LINDA CARPENTER, J.

Major Jury Program Administrators

2023 - Stephen Harvey - Rm. 535 CH, 215-686-4292
2022 - Felicia Brown - Rm. 231 CH, 215-686-3718
2024 and 2021&Back - Chris Forte - Rm. 535 CH, 215-686-3774

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRIAL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

**ADDRESS CORRECTION REQUESTED**

neopost℠
08/29/2024
US POSTAGE $000.63⁶

FIRST-CLASS MAIL
PRSRT

ZIP 19107
041L12204258

XIE    601   5 C 1    0109/20/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19107324384    *1176-11639-20-17

# EXHIBIT A-80



*Filed and Attested by the*
*Office of Judicial Records*
*27 SEP 2024 04:11 pm*
*G. IMPERATO*

**KLINE & SPECTER, P.C.**
THOMAS R. KLINE, ESQUIRE
Attorney I.D. No. 28895
TOBIAS MILLROOD, ESQUIRE
Attorney I.D. No. 77764
ELIZABETH CRAWFORD, ESQUIRE
Attorney I.D. No. 313702
MELISSA MERK, ESQUIRE
Attorney I.D. No. 90363
TIMOTHY A. BURKE, ESQUIRE
Attorney I.D. No.320927
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000/(215) 772-1359 fax.
Attorneys for Plaintiffs

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

| | |
|---|---|
| TERRAINE ABDULLAH, et al.,<br>　　　　　Plaintiff,<br>　　v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | : MARCH TERM, 2022<br>: No. 02583 |
| TONYA GRAY, et al.,<br>　　　　　Plaintiff,<br>　　v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | : APRIL TERM, 2022<br>: No. 220400216 |
| ROCHELLE HOLLINGSWORTH, et al.,<br>　　　　　Plaintiff,<br>　　v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>　　　　　Defendants. | : SEPTEMBER TERM, 2023<br>: No. 230900791 |
| CATHERINE McMILLIAN, et al.,<br>　　　　　Plaintiff,<br>　　v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | : APRIL TERM, 2022<br>: No. 220400140 |

1

Case ID: 220302601

| | |
|---|---|
| SAMAYA SHORT, et al.,<br>              Plaintiff,<br>       v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:   APRIL TERM, 2022<br>    No. 220400159 |
| NIKIA TUCKER, et al.,<br>              Plaintiff,<br>       v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:   SEPTEMBER TERM, 2023<br>    No. 230900867 |
| GINA WIEGER, et al.,<br>              Plaintiff,<br>       v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:   MARCH TERM, 2022<br>    No. 220302601 |
| MELVENIA WILLIAMS, et al.,<br>              Plaintiff,<br>       v.<br>MEAD JOHNSON & COMPANY, LLC, et al.,<br>              Defendants. | :<br>:<br>:<br>:<br>:   APRIL TERM, 2022<br>    No. 220400141 |

## PLAINTIFFS' REPLY TO DEFENDANT MEAD JOHNSON'S NEW MATTER

Plaintiffs, by and through their attorneys, Kline & Specter, P.C., file the within Response to New Matter of Defendant Mead Johnson, and, in opposition thereto, aver as follows:

1.     This is an incorporation paragraph to which no response is required.

2.     Denied, as this paragraph contains a conclusion of law to which no response is required.

3.     Denied, as this paragraph contains a conclusion of law to which no response is required.

4.     Denied, as this paragraph contains a conclusion of law to which no response is required.

Case ID: 220302601

5.     Denied, as this paragraph contains a conclusion of law to which no response is required.

6.     Denied, as this paragraph contains a conclusion of law to which no response is required.

7.     Denied, as this paragraph contains a conclusion of law to which no response is required.

8.     Denied, as this paragraph contains a conclusion of law to which no response is required.

9.     Denied, as this paragraph contains a conclusion of law to which no response is required.

10.     Denied, as this paragraph contains a conclusion of law to which no response is required.

11.     Denied, as this paragraph contains a conclusion of law to which no response is required.

12.     Denied, as this paragraph contains a conclusion of law to which no response is required.

13.     Denied, as this paragraph contains a conclusion of law to which no response is required.

14.     Denied, as this paragraph contains a conclusion of law to which no response is required.

15.     Denied, as this paragraph contains a conclusion of law to which no response is required.

Case ID: 220302601

16.     Denied, as this paragraph contains a conclusion of law to which no response is required.

17.     Denied, as this paragraph contains a conclusion of law to which no response is required.

18.     Denied, as this paragraph contains a conclusion of law to which no response is required.

19.     Denied, as this paragraph contains a conclusion of law to which no response is required.

20.     Denied, as this paragraph contains a conclusion of law to which no response is required.

21.     Denied, as this paragraph contains a conclusion of law to which no response is required.

22.     Denied, as this paragraph contains a conclusion of law to which no response is required.

23.     Denied, as this paragraph contains a conclusion of law to which no response is required.

24.     Denied, as this paragraph contains a conclusion of law to which no response is required.

25.     Denied, as this paragraph contains a conclusion of law to which no response is required.

26.     Denied, as this paragraph contains a conclusion of law to which no response is required.

Case ID: 220302601

27.     Denied, as this paragraph contains a conclusion of law to which no response is required.

28.     Denied, as this paragraph contains a conclusion of law to which no response is required.

29.     Denied, as this paragraph contains a conclusion of law to which no response is required.

30.     Denied, as this paragraph contains a conclusion of law to which no response is required.

31.     Denied, as this paragraph contains a conclusion of law to which no response is required.

32.     Denied, as this paragraph contains a conclusion of law to which no response is required.

33.     Denied, as this paragraph contains a conclusion of law to which no response is required.

34.     Denied, as this paragraph contains a conclusion of law to which no response is required.

35.     Denied, as this paragraph contains a conclusion of law to which no response is required.

36.     Denied, as this paragraph contains a conclusion of law to which no response is required.

37.     Denied, as this paragraph contains a conclusion of law to which no response is required.

Case ID: 220302601

38.     Denied, as this paragraph contains a conclusion of law to which no response is required.

39.     Denied, as this paragraph contains a conclusion of law to which no response is required.

40.     Denied, as this paragraph contains a conclusion of law to which no response is required.

41.     Denied, as this paragraph contains a conclusion of law to which no response is required.

42.     Denied, as this paragraph contains a conclusion of law to which no response is required.

43.     Denied, as this paragraph contains a conclusion of law to which no response is required.

44.     Denied, as this paragraph contains a conclusion of law to which no response is required.

45.     Denied, as this paragraph contains a conclusion of law to which no response is required.

46.     Denied, as this paragraph contains a conclusion of law to which no response is required.

47.     Denied, as this paragraph contains a conclusion of law to which no response is required.

WHEREFORE, Plaintiff respectfully demands damages against Defendants, in an amount in excess of the prevailing arbitration limits, exclusive of pre-judgment interest, delay damages and costs.

Case ID: 220302601

Respectfully submitted,

**KLINE & SPECTER**,
A Professional Corporation

Date: September 27, 2024      By:     */s/Timothy A. Burke, Esquire*

THOMAS KLINE, ESQUIRE
TOBI MILLROOD, ESQUIRE
ELIZABETH CRAWFORD, ESQUIRE
TIMOTHY BURKE, ESQUIRE
*Attorneys for Plaintiffs*


**KELLER POSTMAN**
BEN WHITING, ESQUIRE (*Pro Hac Vice*)
*Attorneys for Plaintiffs*

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2024, I caused a true and correct copy of the foregoing document to be served by electronic filing to all counsel of record.

Respectfully submitted,

**KLINE & SPECTER**,
A Professional Corporation

Date: September 27, 2024          By:     *<u>/s/Timothy A. Burke, Esquire</u>*

TIMOTHY A. BURKE, ESQUIRE

8

Case ID: 220302601

# EXHIBIT A-81

Gina Wieger, on her own behalf and as Parent and
Natural Guardian of S.P., a minor

                        Plaintiffs

v.

MEAD JOHNSON & COMPANY, LLC, et al.

                        Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

CIVIL DIVISION

MARCH TERM, 2022
NO. 2601

Filed and Attested by the
Office of Judicial Records
GILLIAM
pm

## ORDER

**AND NOW**, this _____ day of _OCT_ 2024, upon consideration of the

Preliminary Objections of Defendants the Pennsylvania Hospital of the University of Pennsylvania

Health System d/b/a Pennsylvania Hospital and the Trustees of the University of Pennsylvania

d/b/a Penn Medicine to Plaintiffs' Second Amended Complaint, and any Response thereto, it is

hereby **ORDERED** that the Preliminary Objections are **SUSTAINED**. It is further **ORDERED**

that all claims against Defendants the Pennsylvania Hospital of the University of Pennsylvania

Health System d/b/a Pennsylvania Hospital and the Trustees of the University of Pennsylvania

d/b/a Penn Medicine are hereby **DISMISSED** with prejudice.

**BY THE COURT:**

_____ J.

ORDER-Wieger Etal Vs Mead Johnson



22030260100173

Case ID: 220302601
Control No.: 24081578

# EXHIBIT A-82

# PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

| CONTROL NUMBER: |
| --- |
| 24104902 |
| **(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)** |

### FOR COURT USE ONLY

| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |
| --- | --- |
| | 11/12/2024 |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov*

March _____ Term, 2022
*Month*                              *Year*

No. _____ 02601

Name of Filing Party:
ABBOTT LABORATORIES-DFT

WIEGER ETAL VS MEAD JOHNSON & COMPANY, LLC ETAL

**INDICATE NATURE OF DOCUMENT FILED:**
☐ Petition *(Attach Rule to Show Cause)*   ☒ Motion
☐ Answer to Petition              ☐ Response to Motion

Has another petition/motion been decided in this case?  ☒ Yes  ☐ No
Is another petition/motion pending?                         ☐ Yes  ☒ No
*If the answer to either question is yes, you must identify the judge(s):*
CARPENTER

| TYPE OF PETITION/MOTION (see list on reverse side) | PETITION/MOTION CODE (see list on reverse side) |
| --- | --- |
| MOT-FOR ADMISSION PRO HAC VICE | MTPHV |

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

### I. CASE PROGRAM

DAY FORWARD/MAJOR JURY PROGRAM

Name of Judicial Team Leader: JUDGE LINDA CARPENTER

Applicable Petition/Motion Deadline: N/A

Has deadline been previously extended by the Court: N/A

### II. PARTIES *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

JAMES A YOUNG
  BURNS WHITE LLC 1835 MARKET STREET SUITE 2700 , PHILADELPHIA PA 19103
SEAN P FAHEY
  TROUTMAN PEPPER 3000 TWO LOGAN SQ 18TH AND ARCH STREETS , PHILADELPHIA PA 19103-2799
JOSEPH E ONEIL
  CAMPBELL CONROY & ONEIL 1205 WESTLAKES DR SUITE 330 , BERWYN PA 19312
KENNETH A MURPHY
  DLA PIPER LLP (US) ONE LIBERTY PLACE 1650 MARKET STREET, SUITE 5000 , PHILADELPHIA PA 19103
MARQUES HILLMAN RICHESON
  JONES DAY 901 LAKESIDE AVENUE NORTH

### III. OTHER

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

October 23, 2024          RONNI E. FUCHS

_____     _____     _____     _____
*(Attorney Signature/Unrepresented Party)*        *(Date)*           *(Print Name)*      *(Attorney I.D. No.)*

**The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.
No extension of the Answer/Response Date will be granted even if the parties so stipulate.**

30-1061B E-File# 2410052439
23-OCT-24 09:33:35

POINT , CLEVELAND OH 44114
BENJAMIN WHITING
  KELLER POSTMAN 150 N. RIVERSIDE PLAZA
  SUITE 4100 , CHICAGO IL 60606
EVAN GLASSMAN
  STEPTOE & JOHNSON, LLP 1114 AVENUE OF
  THE AMERICAS , NEW YORK NY 10036
T. ALLON RENFRO
  SWANSON,MARTIN&BELL, LLP 330 N.
  WABASH, SUITE 3300 , CHICAGO IL 60611
PAULA S QUIST
  JONES DAY 110 NORTH WACKER DRIVE
  SUITE 1800 , CHICAGO IL 60606

**FILED**
23 OCT 2024 08:43 am
Civil Administration
J. BOYD

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL SECTION**

| | |
|---|---|
| GINA WIEGER, *on her own behalf and as Parent and Natural Guardian of* S.P*., a Minor*, | : |
| Plaintiffs, | : PHILADELPHIA COUNTY |
| | : COURT OF COMMON PLEAS |
| | : TRIAL DIVISION |
| v. | : |
| | : |
| MEAD JOHNSON & COMPANY LLC; MEAD JOHNSON NUTRITION COMPANY; ABBOTT LABORATORIES; THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *d/b/a* PENNSYLVANIA HOSPITAL; and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *d/b/a* PENN MEDICINE, | : MARCH TERM, 2022 |
| | : No. 220302601 |
| Defendants. | : |

**ORDER**

**AND NOW,** this _____ day of _____, 2024, upon consideration of the Motion for Admission of Attorney Celeste M. Brecht *Pro Hac Vice*, it is hereby **ORDERED** and **DECREED** that the Motion for Admission *Pro Hac Vice* is hereby **GRANTED,** and Celeste M. Brecht, of Jones Day, is hereby admitted *Pro Hac Vice* for the purpose of representing Defendant Abbott Laboratories in the above-captioned action after obtaining the appropriate City of Philadelphia Business Privilege Tax License pursuant to 19-2602 of the Philadelphia Code. *Pro Hac Vice* Counsel shall pay all City Business and Wage Tax as required.

**BY THE COURT:**

_____
J.

Case ID: 220302601
Control No.: 24104902

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL SECTION**

| | |
|---|---|
| GINA WIEGER, *on her own behalf and as Parent and Natural Guardian of* S.P*., a Minor*, | : : : PHILADELPHIA COUNTY |
| | : COURT OF COMMON PLEAS |
| Plaintiffs, | : TRIAL DIVISION |
| | : |
| v. | : |
| | : |
| MEAD JOHNSON & COMPANY LLC; MEAD JOHNSON NUTRITION COMPANY; ABBOTT LABORATORIES; THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *d/b/a* PENNSYLVANIA HOSPITAL; and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *d/b/a* PENN MEDICINE, | : MARCH TERM, 2022 : No. 220302601 : : : : : : : |
| Defendants. | : |

**DEFENDANT ABBOTT LABORATORIES' MOTION FOR THE**
**ADMISSION *PRO HAC VICE* OF CELESTE M. BRECHT, ESQUIRE**

AND NOW COMES the Defendant, Abbott Laboratories, by and through its undersigned counsel and sponsoring attorney, Sean P. Fahey, to file the instant Motion for Admission *Pro Hac Vice* of Celeste M. Brecht, and in support thereof, avers as follows:

1.      Undersigned counsel, primary counsel, and attorney of record on the case moves this Honorable Court for the Admission *Pro Hac Vice* of Celeste M. Brecht, pursuant to Pa. R. Civ. P. 1012.1.

2.      All information that is required under Section 81.504 of the IOLTA regulations has been provided to the IOLTA Board.

3.      The fee required by Section 81.505(a) of the IOLTA regulations has been paid, and true and correct copies of the receipts are attached as Exhibit A.

4. Attorney Brecht, an attorney with Jones Day, is currently licensed to practice law in the State of California (admitted in 2005, bar number 238604) and State of Michigan (admitted in 2023, bar number P87237). *See* Candidate Verification in Support of Motion for Admission of Attorney Celeste M. Brecht *Pro Hac Vice*, attached as Exhibit B.

5. Attorney Brecht has never been suspended, disbarred, or otherwise disciplined in any jurisdiction. *See* Exhibit B.

6. Attorney Brecht agrees to comply with and be bound by the applicable statutes, case law, and procedural rules of the Commonwealth of Pennsylvania, including the Pennsylvania Rules of Professional Conduct. *See* Exhibit B.

7. Attorney Brecht submits to the jurisdiction of the Pennsylvania Courts and the Pennsylvania Disciplinary Board with respect to acts and omissions occurring during the appearance in the above-captioned matter. *See* Exhibit B.

8. Attorney Brecht consents to the appointment of Sean P. Fahey as the agent upon whom service of process shall be made for all actions, including disciplinary actions. *See* Exhibit B.

9. The undersigned counsel submits that Attorney Brecht is a reputable and competent attorney, and highly recommends the candidate's admission. *See* Sponsor Verification in Support of Motion for Admission of Celeste M. Brecht *Pro Hac Vice*, attached as Exhibit C.

10. The undersigned counsel is acting as the sponsor of Attorney Brecht in the Courts of this Commonwealth for this case, and cases involving Defendant Abbott Laboratories' formula products currently pending in the Philadelphia Court of Common Pleas. *See* Exhibit B.

Case ID: 220302601
Control No.: 24104902

WHEREFORE, Defendant Abbott Laboratories and sponsoring attorney, Sean P.

Fahey, respectfully request that this Honorable Court grant Defendant's Motion for Admission

*Pro Hac Vice* of Attorney Brecht.


Dated: October 22, 2024                     Respectfully submitted,

                                            */s/ Sean P. Fahey*
                                            Sean P. Fahey (PA 73305)
                                            TROUTMAN PEPPER
                                            HAMILTON SANDERS LLP
                                            3000 Two Logan Square
                                            Eighteenth and Arch Streets
                                            Philadelphia, PA 19103
                                            Telephone: (215) 981-4296
                                            Sean.Fahey@Troutman.com

                                            *Attorney for Defendant*
                                            *Abbott Laboratories*

Case ID: 220302601
Control No.: 24104902

# EXHIBIT A

Case ID: 220302601
Control No.: 24104902



SUPREME COURT OF PENNSYLVANIA
# PENNSYLVANIA INTEREST ON
# LAWYERS TRUST ACCOUNT BOARD

October 17, 2024


CELESTE  BRECHT, Esq.
JONES DAY
150 WEST JEFFERSON
SUITE 2100
DETROIT, MI 48226


SENT TO CELESTE BRECHT VIA Email: CBRECHT@JONESDAY.COM


Dear Attorney BRECHT:


This letter serves as the fee payment certification referenced in 204 Pa Code §81.503 and acknowledges receipt of the $375.00 fee paid by Online Payment on this date related to your pursuit for admission *pro hac vice* in the case identified as WIEGER ET AL VS MEAD JOHNSON & COMPANY LLC, ET AL, no. 220302601, filed in Court of Common Pleas of Philadelphia County.

You should refer to Pa Rule of Civil Procedure 1012.1, local court rules, and other regulations of 204 Pa Code §81.501 et. seq. concerning additional requirements related to seeking *pro hac vice* admission.


Sincerely,


Stephanie S. Libhart
Executive Director


cc:  SEAN P. FAHEY, Esq.

     Sean.fahey@troutman.com

Pennsylvania Judicial Center
601 Commonwealth Ave., Ste. 2400
PO Box 62445, Harrisburg, PA 17106-2445
717/238-2001 · 888/PA-IOLTA (724-6582) · 717/238-2003 FAX
paiolta@pacourts.us · www.paiolta.org

Administering Pennsylvania's Interest On Lawyers Trust Account (IOLTA) Program

Case ID: 220302601
Control No.: 24104902

# EXHIBIT B

Case ID: 220302601
Control No.: 24104902

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL SECTION**

| | |
|---|---|
| GINA WIEGER, *on her own behalf and as Parent and Natural Guardian of* S.P*., a Minor*,<br><br>                             Plaintiffs,<br><br>        v.<br><br>MEAD JOHNSON & COMPANY LLC; MEAD JOHNSON NUTRITION COMPANY; ABBOTT LABORATORIES; THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *d/b/a* PENNSYLVANIA HOSPITAL; and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *d/b/a* PENN MEDICINE,<br><br>                     Defendants. | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>TRIAL DIVISION<br><br><br><br>MARCH TERM, 2022<br>No. 220302601 |

**CANDIDATE VERIFICATION IN SUPPORT OF MOTION FOR**
**ADMISSION OF ATTORNEY CELESTE M. BRECHT *PRO HAC VICE***

I, Celeste M. Brecht, do hereby verify that the following statements are true and correct:

1.      I am currently licensed to practice law in the State of California (admitted in 2005, bar number 238604) and State of Michigan (admitted in 2023, bar number P87237).

2.      I am a member in good standing and eligible to practice before the State Bar of California and State of Michigan. I am not currently suspended or disbarred by either Bar.

3.      I am admitted to practice before the U.S. Courts of Appeals for the Ninth Circuit (admitted 2014), the U.S. District Court for the Northern District of California (admitted 2007), the U.S. District Court for the Central District of California (admitted 2006), the U.S. District Court for the Eastern District of California (admitted 2007), and the U.S. District Court for the Southern District of California (admitted 2007).

4.  I have never been suspended, disbarred, or otherwise disciplined in any jurisdiction nor am I subject to any disciplinary proceedings.

5.  I am not involved in any other pending action in this Court, and I have never been denied admission *pro hac vice* in Pennsylvania.

6.  I agree to comply with and be bound by the applicable statutes, case law, and procedural rules of the Commonwealth of Pennsylvania, including the Pennsylvania Rules of Professional Conduct.

7.  I agree to submit to the jurisdiction of the Pennsylvania Courts and the Pennsylvania Disciplinary Board with respect to the acts and omissions occurring during appearance in the above-captioned matter.

8.  I consent to the appointment of my sponsoring attorney, Sean P. Fahey, as the agent upon whom service of process shall be made for all actions, including disciplinary actions that may arise during the above-captioned matter.

9.  I verify that the above statements are true and correct.


Dated: October 22, 2024                    Respectfully submitted,

                                           */s/ Celeste M. Brecht*
                                           Celeste M. Brecht
                                           JONES DAY
                                           150 West Jefferson
                                           Suite 2100
                                           Detroit, MI 48226
                                           313.230.7915
                                           cbrecht@jonesday.com

2

Case ID: 220302601
Control No.: 24104902

# EXHIBIT C

Case ID: 220302601
Control No.: 24104902

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL SECTION**

| | |
|---|---|
| GINA WIEGER, *on her own behalf and as Parent and Natural Guardian of* S.P.*, a Minor,* : | PHILADELPHIA COUNTY |
| : | COURT OF COMMON PLEAS |
| : | TRIAL DIVISION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| MEAD JOHNSON & COMPANY LLC; MEAD : | MARCH TERM, 2022 |
| JOHNSON NUTRITION COMPANY; ABBOTT : | No. 220302601 |
| LABORATORIES; THE PENNSYLVANIA : | |
| HOSPITAL OF THE UNIVERSITY OF : | |
| PENNSYLVANIA HEALTH SYSTEM, *d/b/a* : | |
| PENNSYLVANIA HOSPITAL; AND THE : | |
| TRUSTEES OF THE UNIVERSITY OF : | |
| PENNSYLVANIA, *d/b/a* PENN MEDICINE, : | |
| Defendants. | |

**SPONSOR VERIFICATION IN SUPPORT OF MOTION FOR ADMISSION**
**OF CELESTE M. BRECHT *PRO HAC VICE***

I, Sean P. Fahey, do hereby verify that the following statements are true and correct:

1.     I am currently licensed to practice law in Pennsylvania (Bar No. 73305), and I am the attorney of record in the above-captioned action.

2.     After reasonable investigation, I reasonably believe Attorney Celeste M. Brecht to be a reputable and competent attorney, and I am in a position to recommend Attorney Brecht's admission.

3.     I verify that the above statements are true and correct.

Dated: October 22, 2024             Respectfully submitted,

*/s/ Sean P. Fahey*
Sean P. Fahey (PA 73305)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4296
Sean.Fahey@Troutman.com

2

## <u>CERTIFICATE OF COMPLIANCE</u>

I, Sean P. Fahey, hereby certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Dated:  October 22, 2024

/s/ Sean P. Fahey

Sean P. Fahey (PA 73305)
TROUTMAN PEPPER
HAMILTON SANDERS LLP

## **CERTIFICATE OF SERVICE**

I, Sean P. Fahey, hereby certify that this 22nd day of October 2024, I served a true

and correct copy of the foregoing MOTION FOR ADMISSION OF ATTORNEY CELESTE M.

BRECHT *PRO HAC VICE* via the Court's Electronic Filing System and by email on all counsel

of record.


*/s/ Sean P. Fahey*
Sean P. Fahey (PA 73305)
TROUTMAN PEPPER
HAMILTON SANDERS LLP