# EXHIBIT 5

Karen Puopolo

```
 1          IN THE COURT OF COMMON PLEAS OF
            THE FIRST JUDICIAL DISTRICT
 2         PHILADELPHIA COUNTY, PENNSYLVANIA
                 CIVIL DIVISION
 3

                 - - - - -
 4
    TERRAINE ABDULLAH, et al.,    MARCH TERM, 2022
 5          Plaintiff,        No. 220302583
            vs.
 6  MEAD JOHNSON & COMPANY,
    LLC, et al.,
 7          Defendants.
                 - - - - -
 8  HOLLI CARTER, et al.,        MARCH TERM, 2022
            Plaintiff,        No. 220302588
 9          vs.
    MEAD JOHNSON & COMPANY,
10  LLC, et al.,
            Defendants.
11               - - - - -
    SHONDERA DRAYTON, et al.,     MARCH TERM, 2022
12          Plaintiff,        No. 220302594
            vs.
13  MEAD JOHNSON & COMPANY,
    LLC, et al.,
14          Defendants.
                 - - - - -
15  JANEE HENDERSON, et al.,     APRIL TERM, 2022
            Plaintiff,        No. 220400127
16          vs.
    MEAD JOHNSON & COMPANY,
17  LLC, et al.,
            Defendants.
18
19               - - - - -
20
            Tuesday, January 23, 2024
21
22               - - - - -
23          Videotaped Deposition of KAREN PUOPOLO,
24  MD, taken at the law offices of Kline & Specter, PC,
```

Page 2

```
 1  1525 Locust Street, 19th Floor, Philadelphia,
 2  Pennsylvania, commencing at 10:04 a.m., by and
 3  before Robin L. Clark, Registered Professional
 4  Reporter and Notary Public in and for the
 5  Commonwealth of Pennsylvania.
 6             - - - - -
 7
    CAPTION CONTINUED:
 8
         IN THE COURT OF COMMON PLEAS OF
 9        THE FIRST JUDICIAL DISTRICT
         PHILADELPHIA COUNTY, PENNSYLVANIA
10              CIVIL DIVISION
11  DELQUAN HINES, et al.,      APRIL TERM, 2022
         Plaintiff,     No. 220400136
12             vs.
    MEAD JOHNSON & COMPANY,
13  LLC, et al.,
         Defendants.
14            - - - - -
    SHEMIKA JOHNSON, et al.,    APRIL TERM, 2022
15       Plaintiff,     No. 220400162
             vs.
16  MEAD JOHNSON & COMPANY,
    LLC, et al.,
17       Defendants.
             - - - - -
18  CATHERINE McMILLAN, et al.,  APRIL TERM, 2022
         Plaintiff,     No. 220400140
19             vs.
    MEAD JOHNSON & COMPANY,
20  LLC, et al.,
         Defendants.
21            - - - - -
    DAMEKA MOMENT, et al.,       APRIL TERM, 2022
22       Plaintiff,     No. 220400142
             vs.
23  MEAD JOHNSON & COMPANY,
    LLC, et al.,
24       Defendants.
```

Page 3

```
 1            - - - - -
    LOREN SANDERS, et al.,       APRIL TERM, 2022
 2       Plaintiff,     No. 220400153
             vs.
 3  MEAD JOHNSON & COMPANY,
    LLC, et al.,
 4       Defendants.
             - - - - -
 5  SAMAYA SHORT, et al.,        APRIL TERM, 2022
         Plaintiff,     No. 220400159
 6             vs.
    MEAD JOHNSON & COMPANY,
 7  LLC, et al.,
         Defendants.
 8            - - - - -
    ALICE STILLS, et al.,        MARCH TERM, 2022
 9       Plaintiff,     No. 220302617
             vs.
10  MEAD JOHNSON & COMPANY,
    LLC, et al.,
11       Defendants.
12  CHRISTINA TAYLOR, et al.,    MARCH TERM, 2022
         Plaintiff,     No. 220302606
13             vs.
    MEAD JOHNSON & COMPANY,
14  LLC, et al.,
         Defendants.
15            - - - - -
    NATISHA THOMAS, et al.,      MARCH TERM, 2022
16       Plaintiff,     No. 220400158
             vs.
17  MEAD JOHNSON & COMPANY,
    LLC, et al.,
18       Defendants.
             - - - - -
19  TRINA WALKER-SAVAGE and      MARCH TERM, 2022
    CLIFTON ISAIAH SAVAGE, JR.,   No. 220400156
20  et al.,
         Plaintiff,
21             vs.
    MEAD JOHNSON & COMPANY,
22  LLC, et al.,
         Defendants.
23            - - - - -
24
```

Page 4

```
 1  ROBERT WHITFIELD, et al.,    APRIL TERM, 2022
         Plaintiff,     No. 220400145
 2             vs.
    MEAD JOHNSON & COMPANY,
 3  LLC, et al.,
         Defendants.
 4            - - - - -
    GINA WIEGER, et al.,         MARCH TERM, 2022
 5       Plaintiff,     No. 220302614
             vs.
 6  MEAD JOHNSON & COMPANY,
    LLC, et al.,
 7       Defendants.
             - - - - -
 8  GINA WIEGER, et al.,         MARCH TERM, 2022
         Plaintiff,     No. 220302601
 9             vs.
    MEAD JOHNSON & COMPANY,
10  LLC, et al.,
         Defendants.
11            - - - - -
    MELVENIA WILLIAMS, et al.,   APRIL TERM, 2022
12       Plaintiff,     No. 220400141
             vs.
13  MEAD JOHNSON & COMPANY,
    LLC, et al.,
14       Defendants.
             - - - - -
15  IVYANN WITHERSPOON, et al.,  APRIL TERM, 2022
         Plaintiff,     No. 220400138
16             vs.
    MEAD JOHNSON & COMPANY,
17  LLC, et al.,
         Defendants.
18            - - - - -
19  APPEARANCES:
20
         KLINE & SPECTER, P.C.
21       BY: ELIZABETH A. CRAWFORD, ESQ.
         1525 Locust Street, 19th Floor
22       Philadelphia, Pennsylvania 19102
         215-772-1000
23       elizabeth.crawford@klinespecter.com
              For the Plaintiffs
24
```

Page 5

```
 1  APPEARANCES, CONTINUED:
 2
         BURNS WHITE, LLC
 3       BY: RICHARD S. MARGULIES, ESQ.
         1880 John F. Kennedy Boulevard
 4       10th Floor
         Philadelphia, Pennsylvania 19103
 5       215-587-1628
         rsmargulies@burnswhite.com
 6            For the Defendant, Pennsylvania
         Hospital of the University of
 7       Pennsylvania Health System
         and the Witness
 8
    JONES DAY
 9  BY: PAULA S. QUIST, ESQ.
    110 North Wacker Drive, Suite 4800
10  Chicago, Illinois 60606
    312-269-4277
11  pquist@jonesday.com
         For the Defendant, Abbott
12  Laboratories
13
    CAMPBELL CONROY & O'NEIL
14  BY: JOSEPH E. O'NEIL, ESQ.
    1205 Westlakes Drive, Suite 330
15  Berwyn, Pennsylvania 19312
    610-291-8866
16  joneil@campbelltriallawyers.com
         For the Defendant, Abbott
17  Laboratories
18
    STEPTOE & JOHNSON PLLC
19  BY: EVAN GLASSMAN, ESQ.
    1114 Avenue of the Americas
20  New York, New York 10036
    212-506-3909
21  eglassman@steptoe.com
         For the Defendant, Mead Johnson
22  and Company, LLC and Mead Johnson
    Nutrition Company
23
24
```

Karen Puopolo

---

Page 6

1  APPEARANCES, continued:
2
3       MARSHALL, DENNEHEY, WARNER, COLEMAN
        & GOGGIN
        BY:  GABOR OVARI, ESQ.
4       620 Freedom Business Center Drive
        Suite 405
5       King of Prussia, Pennsylvania 19406
        610-354-8481
6       ggovari@mdwcg.com
             For the Defendant, Hospital
7       of the University of Pennsylvania
8
9  ALSO PRESENT:
10      BRIAN McGEE, VIDEOGRAPHER
11
   REMOTE APPEARANCES:
12
13      JONES DAY
        BY:  MARQUES H. RICHESON, ESQ.
14      North Point
        901 Lakeside Avenue
15      Cleveland, Ohio 44114
        216-586-7195
16      mhricheson@jonesday.com
             For the Defendant, Abbott
17      Laboratories
18
19          - - - - -
20
21
22
23
24

---

Page 7

1              I N D E X
2  WITNESS                        PAGE
3  KAREN PUOPOLO, MD
      BY MS. CRAWFORD:            10
4     BY MS. QUIST:               84
5
6           E X H I B I T S
7  NUMBER      DESCRIPTION        MARKED
8  Puopolo
9  Exhibit P-8  Curriculum Vitae       13
10 Exhibit P-9  Pennsylvania Hospital  46
                Policies and Procedures
11              Bates PAH 000001 to 153
12
13
14
15
16
17
18
19
20
21
22
23
24

---

Page 8

1              DEPOSITION SUPPORT INDEX
2
3                   - - - - -
4  Direction to Witness Not to Answer
5  Page  Line
6  NONE
7  Request for Production of Documents
8  Page  Line
9  NONE
10 Question Marked
11 Page  Line
12 NONE
13
14
15
16
17
18
19
20
21
22
23
24

---

Page 9

1          THE VIDEOGRAPHER:  We are now
2  on the record.  My name is Brian
3  McGee.  I am a videographer for
4  Golkow Litigation Services.
5  Today's date is January 23, 2024,
6  and the time is 10:04 a.m.
7      This video deposition is
8  being held in Philadelphia, PA,
9  in the matter of Infant Formula
10 Litigation CCP, Philadelphia
11 County.  The deponent is Karen
12 Puopolo, MD.
13     Counsels' appearances will
14 be noted on the stenographic
15 record.  The court reporter is
16 Robin Clark and will now swear in
17 the witness.
18     - - - - -
19     KAREN PUOPOLO, MD, having
20 been duly sworn, was examined and
21 testified as follows:
22     - - - - -
23     MR. MARGULIES:  I would like
24 to have the witness read and sign.

**Page 10**

1     That just means I'll send you the
2 transcript to review afterwards.
3 Okay?
4     THE WITNESS:  Okay.
5 BY MS. CRAWFORD:
6     Q.    Good morning.  My name is
7 Elizabeth Crawford.  I represent the
8 Plaintiffs in this matter.  I'm going to
9 take your deposition today.  Okay?
10     A.    Okay.
11     Q.    Have you ever given a
12 deposition before?
13     A.    Yes.
14     Q.    And what were the
15 circumstances?
16     A.    I was asked to give testimony
17 as an administrative witness to process for
18 Pennsylvania Hospital.
19     Q.    And was that in the subject
20 of a lawsuit or something different?
21     A.    Correct, a lawsuit.
22     Q.    Okay.  Do you remember what
23 that was about or how long ago that was?
24     A.    It was several years ago and

**Page 11**

1 it involved an infant with a birth injury.
2     Q.    Do you know what happened
3 with that lawsuit?
4     A.    I do not.
5     Q.    And other than that
6 particular time you gave testimony, have
7 you ever given testimony another time?
8     A.    No.
9     Q.    I'm confident that your
10 counsel went over things we're going to go
11 over today.  I'm just going to go over a
12 few things.  Okay?
13     A.    Okay.
14     Q.    Do you understand that the
15 oath that you took is the same oath that
16 you would take in front of a judge and a
17 jury in a courtroom?
18     A.    Correct.
19     Q.    Do you understand that your
20 testimony today is being recorded by a
21 court reporter and also a videographer?
22     A.    I do.
23     Q.    And I'm going to ask you some
24 questions today.  All answers have to be

**Page 12**

1 verbal and I think sometimes in discussions
2 and stuff we'll say "uh-huh," "uh-uh," but
3 in terms of purposes just for the
4 transcript, it will just have to all be
5 verbal.  Okay?
6     A.    I understand.
7     Q.    If you need a break at any
8 time, that's fine.  I just ask that we just
9 finish the question at hand and then answer
10 and then you can take that break.  Okay?
11     A.    Okay.
12     Q.    Any questions of what we're
13 doing today?
14     A.    No.
15     Q.    Can you please state your
16 full name for the record?
17     A.    Karen Marie Puopolo.
18     Q.    And what is your profession?
19     A.    Newborn medicine.
20     Q.    Are you a medical doctor?
21     A.    I am a medical doctor.
22     Q.    Are you a neonatologist?
23     A.    I am a neonatologist.
24     Q.    And I was provided a copy of

**Page 13**

1 your curriculum vitae, which I mark
2 here as P-7 [sic] for the record.  I'll
3 give you a copy.  Anyone else need a copy?
4 All right.  We're looking a copy of your
5 curriculum vitae here and it identifies
6 that you went to -- for your bachelor's
7 degree, you went to Yale University.
8     A.    Yes.
9     - - - - -
10     (Curriculum Vitae marked
11     Puopolo Exhibit P-8 for
12     identification.)
13     - - - - -
14 BY MS. CRAWFORD:
15     Q.    And then you graduated with
16 your MD and PhD from Tufts?
17     A.    Yes.
18     Q.    And your fellowship and
19 residency was completed at Children's in
20 Boston?
21     A.    Yes.
22     Q.    You ultimately became a
23 research fellow and it looks like you were
24 at Children's Hospital in Boston for some

Karen Puopolo

Page 14

¹ time; is that right?
² A. Yes.
³ Q. Okay. And when did you come
⁴ over to Philadelphia?
⁵ A. In 2014.
⁶ Q. Okay. And why did you come
⁷ here, other than the fact it's so
⁸ beautiful?
⁹ A. I was recruited --
¹⁰ Q. Okay.
¹¹ A. -- to become the chief of
¹² newborn medicine at Pennsylvania Hospital.
¹³ Q. And so in 2014, were you the
¹⁴ chief of newborn medicine at Pennsylvania
¹⁵ Hospital?
¹⁶ A. As of January 2014.
¹⁷ Q. Okay. And what was your role
¹⁸ at Children's in Boston?
¹⁹ A. I was a neonatologist and a
²⁰ research physician.
²¹ Q. At Boston Children's, did you
²² have any role in developing policies and
²³ procedures as it relates to that hospital?
²⁴ A. Yes.

Page 15

¹ Q. Okay. Can you just describe
² to me what you did in that capacity while
³ you were at Boston Children's, which would
⁴ have been prior to the 2014 time frame?
⁵ A. I aided in the development of
⁶ policies specific to newborn infectious
⁷ disease management.
⁸ Q. Did one of those policies
⁹ that you aided in, did it have to do with
¹⁰ necrotizing enterocolitis?
¹¹ A. No.
¹² Q. And do you have familiarity
¹³ with necrotizing enterocolitis as a
¹⁴ neonatologist for approximately 24 years?
¹⁵ A. Yes.
¹⁶ Q. And can you describe to me
¹⁷ what that condition is?
¹⁸ A. It's an inflammatory
¹⁹ condition of the intestines of preterm
²⁰ infants.
²¹ Q. And can that condition cause
²² permanent injury and death?
²³ A. Yes.
²⁴ Q. And how many times would you

Page 16

¹ say that you have been involved in
² diagnosing and treating that condition
³ just, I know it's probably more than you
⁴ can guess right now, but in terms of your
⁵ best estimate, what would it be from the
⁶ time in which you became an attending
⁷ physician to the present?
⁸ A. Many times.
⁹ Q. Were you involved in
¹⁰ developing policies and procedures at
¹¹ Pennsylvania Hospital?
¹² A. Yes.
¹³ Q. And can you describe what
¹⁴ your role was in that regard when you came
¹⁵ here in 2014? When I say "here," I mean
¹⁶ the Philadelphia area. I understand this
¹⁷ isn't Penn here.
¹⁸ A. My role is to collaborate
¹⁹ with other clinicians at Pennsylvania
²⁰ Hospital regarding specific issues in
²¹ newborn management.
²² Q. And can you tell me how it is
²³ that a policy or procedure gets created at
²⁴ Pennsylvania Hospital?

Page 17

¹ A. Many policies and procedures
² existed when I came to Pennsylvania
³ Hospital. They are under the requirements
⁴ of the hospital reviewed in
⁵ multidisciplinary fashion every one to two
⁶ years and as needed when new evidence has
⁷ emerged relevant to the policy.
⁸ Q. And how does this new
⁹ evidence emerge? What is the typical way
¹⁰ that that occurs?
¹¹ A. Research is done in the field
¹² and published.
¹³ Q. Okay. So if sort of a new
¹⁴ peer-reviewed literature comes out to
¹⁵ suggest one thing or another, that may be
¹⁶ considered in reviewing or revising a
¹⁷ policy?
¹⁸ A. It will be considered.
¹⁹ Q. Do you read certain
²⁰ literature in your field?
²¹ A. Yes.
²² Q. And are there any journals or
²³ literature that you would consider to be
²⁴ reasonably reliable in your field?

Karen Puopolo

Page 18

1    A.    Yes.
2    Q.    And what would that be?  What
3 types of journals or articles or things of
4 that nature?
5    A.    Journals that publish
6 peer-reviewed work.
7    Q.    Okay.  Any specific journals
8 to your field that you believe to be
9 reasonably reliable?
10        MR. MARGULIES:  You can
11    answer.
12        THE WITNESS:  New England
13    Journal of Medicine, Pediatrics,
14    JAMA Pediatrics.
15 BY MS. CRAWFORD:
16    Q.    Anything else?
17    A.    Forgive me.
18    Q.    No problem.
19    A.    I need to take one break to
20 ensure this is not my daughter.
21    Q.    Okay.  No problem.
22    A.    It is not.  Go ahead.
23    Q.    Any other specific journals
24 that come to mind that you believe to be

Page 19

1 reasonably reliable in your field?
2    A.    Would you like a long list?
3    Q.    I'm just, you know, just
4 generally, you know, what ones come to mind
5 as you sit here right now?
6    A.    I gave you those.
7    Q.    Okay.  And no other ones that
8 kind of, you know, at least come to mind as
9 you sit here today, right?
10    A.    No.
11    Q.    Okay.  Are you familiar with
12 when the American Academy of Pediatrics
13 comes out with policy statements?
14    A.    Yes.
15    Q.    And can you describe to me
16 what that is and what you do with them in
17 your role at Pennsylvania Hospital?
18    A.    They are a source that is
19 consulted in the development of a policy.
20    Q.    At Pennsylvania Hospital, are
21 you involved in conducting any research
22 studies?
23    A.    Yes.
24    Q.    And can you tell me about

Page 20

1 that?
2    A.    I do research in the area of
3 neonatal infectious diseases.
4    Q.    And can you tell me sort of
5 in general how much time you devote to
6 research percentage-wise in, let's say, a
7 given year?
8    A.    Forty percent of my time is
9 attributed to research.
10    Q.    And in your capacity as doing
11 research, do you actually -- are you
12 involved in actually conducting any types
13 of studies?
14    A.    I am.
15    Q.    Anything to do -- any
16 involvement in terms of your particular
17 research in reference to necrotizing
18 enterocolitis?
19    A.    I do not specifically study
20 necrotizing enterocolitis.
21    Q.    How about anything relating
22 to the use of human milk, donor milk, or
23 formula relating to any of your research?
24    A.    No.

Page 21

1    Q.    Are you familiar with bovine
2 or cow milk formula?
3        MS. QUIST:  Objection to form.
4        MR. GLASSMAN:  Share.
5        MR. MARGULIES:  You can
6    answer.
7        THE WITNESS:  I am familiar.
8 BY MS. CRAWFORD:
9    Q.    And can you describe what it
10 is?  What is formula?  It might sound like
11 a basic question, but just for the record.
12    A.    Formula is a form of infant
13 nutrition.
14    Q.    Are you familiar with Enfamil
15 formula?
16    A.    I am.
17    Q.    Okay.  Is that a bovine or
18 cow milk formula?
19    A.    My understanding is that
20 there are a number of Enfamil products.
21 There is a product that is made with cow's
22 milk.
23    Q.    Same question as to Similac,
24 are you familiar with Similac formula?

Page 22

1    A.    Similac formula comes in many
2  different versions.  One version does use
3  cow's milk formula -- cow's milk in the
4  formula.
5    Q.    Okay.  Can you tell me what
6  expressed human milk is?
7    A.    It is human milk that has
8  been obtained either by hand expression or
9  expression with a breast pump.
10    Q.    And can this come from the
11  mother?
12    A.    Yes.
13    Q.    Can you describe to me what
14  donor human milk is?
15    A.    Donor human milk is prepared
16  from expressed milk.
17    Q.    And so this milk is human
18  milk as well, but it's just not coming from
19  the mother, the mother of the baby that's
20  receiving it?
21    A.    Correct.
22    Q.    And from your point of view,
23  how long has it been the recommendation to
24  use human milk for premature babies,

Page 23

1  meaning babies that were born less than 36
2  weeks or less than 1500 gram babies as
3  opposed to cow milk formula?  How long do
4  you understand that to be?
5        MS. QUIST:  Objection.
6        MR. MARGULIES:  Yeah, the
7    recommendation from whom?
8        MR. GLASSMAN:  Join.
9  BY MS. CRAWFORD:
10    Q.    How long has it been -- so
11  how long would you say you have been
12  involved in policies and procedures?
13    A.    At Pennsylvania Hospital?
14    Q.    At Pennsylvania -- well, you
15  said you were involved at Children's
16  Hospital as well in Boston, right?
17    A.    Yes.
18    Q.    Okay.  So how long would you
19  say you have been involved in those
20  policies and procedures?
21    A.    Many years.
22    Q.    Okay.  So how long from your
23  involvement with policies and procedures
24  has it been the case that human milk is

Page 24

1  recommended over bovine formula for babies
2  that are born premature, meaning less than
3  36 weeks or born less than 1500 grams?
4        MR. GLASSMAN:  Objection to
5    form.
6        MS. QUIST:  Objection.
7        MR. MARGULIES:  I'll object as
8    well, but you can answer.
9        THE WITNESS:  Many years.
10  BY MS. CRAWFORD:
11    Q.    How long would you say in
12  terms of -- what does "many years" mean?
13    A.    The American Academy of
14  Pediatrics' statement on the use of human
15  milk dates from 2012.
16    Q.    Okay.  Do you believe that
17  policies and procedures existed prior to
18  2012 at Boston Children's that indicated
19  that human milk would be recommended over
20  bovine formula?
21        MR. MARGULIES:  Object to the
22    form.  You can answer.
23        THE WITNESS:  I was not
24    involved in making those policies.

Page 25

1  BY MS. CRAWFORD:
2    Q.    Okay.  So do you know one way
3  or another then before 2012 as to whether
4  or not there -- what was practiced at your
5  institution was to recommend human milk
6  over bovine formula for premature infants?
7        MR. GLASSMAN:  Objection to
8    form.
9        MR. MARGULIES:  You can
10    answer.
11        THE WITNESS:  It was the
12    policy in Boston from the time of
13    my training to recommend the use of
14    mother's own milk for all infants.
15  BY MS. CRAWFORD:
16    Q.    Okay.  So in the time of your
17  training, would that have been in the
18  1990s' time frame?
19    A.    I completed my training in
20  2000.
21    Q.    Okay.  And you said from the
22  time of your training, so from when you
23  became an attending physician or during the
24  time of your training as well was this

Karen Puopolo

Page 26

1 understood?

2      A.    From the time I became an
3 attending physician in the year 2000.

4      Q.    Okay.  So now you came to
5 Pennsylvania Hospital in 2014.  At the time
6 that you came to Pennsylvania Hospital in
7 2014, did you have an understanding in
8 terms of policies or procedures that the
9 recommendation at Pennsylvania Hospital was
10 to recommend human milk over bovine formula
11 for premature infants?

12           MS. QUIST:  Objection to form.

13           MR. GLASSMAN:  Objection.

14           MR. MARGULIES:  You can
15      answer.

16           THE WITNESS:  It was the
17      policy at Pennsylvania Hospital
18      when I arrived in 2014 to recommend
19      the use of mother's own milk for
20      all infants.

21 BY MS. CRAWFORD:

22      Q.    And do you know how long that
23 had been the general policy at Pennsylvania
24 Hospital?

Page 27

1      A.    I do not.

2      Q.    Okay.  Do you know who would
3 know that information?

4      A.    There were physicians in
5 charge of the hospital before me.

6      Q.    Okay.  And so who, you know,
7 who do you believe might know the answer to
8 my question in that how long had it been
9 the practice at Pennsylvania Hospital that
10 the recommendation would be mother's own
11 milk over bovine formula for premature
12 infants?

13           MS. QUIST:  Objection to form.

14           MR. GLASSMAN:  Join.

15           MR. MARGULIES:  Go ahead.  You
16      can answer.

17           THE WITNESS:  Jeffrey Gerdes
18      was the chief of newborn medicine
19      prior to my taking that position in
20      January 2014.

21 BY MS. CRAWFORD:

22      Q.    Okay.  And do you know how
23 long he had been the chief of newborn
24 medicine?

Page 28

1      A.    I do not.

2           MS. CRAWFORD:  Okay.  And I'm
3      going to make a recommendation --
4      make a request for his deposition
5      as well and I'll follow up with
6      that.  It doesn't apply to you.
7      That's counsel.

8 BY MS. CRAWFORD:

9      Q.    We were talking a little bit
10 about your familiarity with necrotizing
11 enterocolitis.  Would you agree with me
12 that as necrotizing enterocolitis
13 progresses, it can lead to intestinal
14 perforation that can cause sepsis and
15 death?

16           MS. QUIST:  Objection to form.

17           MR. GLASSMAN:  Share.

18           MR. OVARI:  Join.

19           MR. MARGULIES:  Go ahead.  You
20      can just answer unless I tell you
21      not to.  Okay?

22           THE WITNESS:  Yes.

23 BY MS. CRAWFORD:

24      Q.    Okay.  Do you agree that one

Page 29

1 primary risk factor for necrotizing
2 enterocolitis is prematurity, meaning born
3 before 30 weeks -- 36 weeks gestation?

4      A.    Yes.

5      Q.    Would you agree that another
6 primary risk factor for necrotizing
7 enterocolitis is low birth weight, less
8 than 1500 grams?

9      A.    Yes.

10      Q.    Would you agree that a risk
11 factor for developing necrotizing
12 enterocolitis in that you are more likely
13 to develop necrotizing enterocolitis if you
14 are a premature baby with a birth weight of
15 less than 1500 grams if you use bovine or
16 cow milk formula versus human milk?

17           MR. GLASSMAN:  Objection.

18           MR. OVARI:  Object to the
19      form.

20           MR. MARGULIES:  Object to
21      form.  You can answer.

22           THE WITNESS:  I do not agree.

23 BY MS. CRAWFORD:

24      Q.    Do you agree that utilizing

Page 30

1  human milk or donor human milk decreases
2  the incidence of necrotizing enterocolitis
3  in premature infants with a low birth
4  weight?
5          MS. QUIST: Objection to form.
6          MR. GLASSMAN: Objection.
7          THE WITNESS: I agree that the
8      use of mother's own milk may
9      decrease the risk inherent in
10     gestational age.
11 BY MS. CRAWFORD:
12     Q.    And how long would you say
13 that you would agree with that principle
14 that I've just stated?
15         MR. GLASSMAN: Objection.
16         THE WITNESS: How long have I
17     held that position?
18 BY MS. CRAWFORD:
19     Q.    Yes.
20     A.    For many years.
21     Q.    Can you guesstimate, you
22 know, kind of the time frame that you've
23 held that position?
24     A.    No.

Page 31

1      Q.    Before 2012?
2      A.    I do not recall.
3      Q.    Would you agree that early
4  feedings with human milk promote gut
5  maturation and optimizes gut flora and it
6  fosters better feeding tolerance and
7  improves nutrition?
8          MR. GLASSMAN: Objection.
9          MR. MARGULIES: Go ahead.
10         MS. QUIST: Join.
11         THE WITNESS: We administer
12     mother's own milk with the hope
13     that those things are true.
14 BY MS. CRAWFORD:
15     Q.    We were talking a little bit
16 earlier about your familiarity with the
17 literature. How long ago would you state
18 that the literature goes back to indicating
19 that there's a decreased incidence of
20 necrotizing enterocolitis with those that
21 are fed human milk versus those that are
22 fed bovine formula?
23         MS. QUIST: Objection to form.
24         MR. GLASSMAN: Objection.

Page 32

1          THE WITNESS: There are
2      studies in the literature from 2000
3      onward that address the use of
4      mother's own milk in optimizing the
5      outcome of preterm infants.
6  BY MS. CRAWFORD:
7      Q.    Other than the reduced
8  incidence of necrotizing enterocolitis with
9  the use of human milk, are there other
10 potential benefits of the use of human milk
11 in addition to that --
12         MR. GLASSMAN: Objection.
13         MS. CRAWFORD: -- for
14     premature infants?
15         MR. MARGULIES: Go ahead. You
16     can answer.
17         THE WITNESS: There is some
18     evidence that the use of mother's
19     own milk will reduce the risk of
20     late onset infection. There is
21     variable evidence that it will
22     optimize neurodevelopmental
23     outcome.
24

Page 33

1  BY MS. CRAWFORD:
2      Q.    Are you okay?
3      A.    Give me one moment.
4      Q.    Okay. No problem.
5      A.    I told my daughter not to
6  text me, but not my whole NICU.
7          MR. MARGULIES: Here, why
8      don't we go off?
9          MS. CRAWFORD: Go off video?
10         MR. MARGULIES: Yeah.
11         THE VIDEOGRAPHER: The time is
12     10:28 a.m. and we are off the
13     record.
14     - - - - -
15   (A recess was taken at this time.)
16     - - - - -
17         THE VIDEOGRAPHER: The time is
18     10:29 a.m., we are on the record.
19 BY MS. CRAWFORD:
20     Q.    I was just asking you a
21 little bit about the benefits of human milk
22 other than the reduction of necrotizing
23 enterocolitis and you had indicated some of
24 those benefits, but also indicated that

Page 34

1 there was variable evidence relating to
2 neurodevelopmental outcome.  I just wanted
3 to get more information on what you meant
4 by that.
5          MS. QUIST:  Objection to form.
6          MR. GLASSMAN:  Objection.
7          THE WITNESS:  Studies that
8     measure neurodevelopmental outcome
9     have many variables.  The use of
10     mother's own milk in some studies
11     has been associated with better
12     outcome, other studies have not
13     confirmed that.
14 BY MS. CRAWFORD:
15     Q.    Okay.  Has anyone -- any
16 studies at least that you're familiar with,
17 peer-reviewed literature indicated that the
18 use of human milk, there's a lower
19 developmental or a lower neurodevelopmental
20 outcome?  In other words, that there's
21 studies out there that show that the use of
22 human milk can actually make the
23 neurodevelopmental outcome worse?
24          MS. QUIST:  Objection to form.

Page 35

1          MR. GLASSMAN:  Objection.
2          THE WITNESS:  I'm not aware of
3     such studies.
4 BY MS. CRAWFORD:
5     Q.    Okay.  So the studies that
6 you're talking about in terms of this
7 variable evidence, there's just some
8 studies that don't confirm that
9 neurodevelopmental outcome is improved; is
10 that fair?
11          MR. GLASSMAN:  Objection.
12          MR. OVARI:  Objection.
13          MS. QUIST:  Objection to form.
14          THE WITNESS:  I think it's
15     fair to say that studies of the use
16     of mother's own milk, some
17     demonstrate improved
18     neurodevelopmental outcome and
19     others do not.
20 BY MS. CRAWFORD:
21     Q.    Are you familiar with the
22 American Academy of Pediatrics policy
23 statement that came out in 2012 relating to
24 breastfeeding and the use of human milk?

Page 36

1     A.    I am.
2     Q.    Okay.  And in terms of that
3 policy statement, was it your understanding
4 that that policy statement recommends human
5 milk and donor milk ahead of bovine formula
6 to feed infants born prematurely?
7          MS. QUIST:  Objection to form.
8          MR. GLASSMAN:  Objection.
9          THE WITNESS:  It is the
10     position of the American Academy of
11     Pediatrics that all infants should
12     be fed mother's own milk.
13 BY MS. CRAWFORD:
14     Q.    Is that also the position of
15 Pennsylvania Hospital as of your arrival
16 there in 2014?
17     A.    Yes.
18     Q.    Would you agree or disagree
19 that many experts are concerned that the
20 recommendation that's made by the American
21 Academy of Pediatrics is not fully
22 supported by the current evidence?  Would
23 you agree or disagree with that statement?
24          MR. GLASSMAN:  Objection.

Page 37

1          MR. OVARI:  Objection to form.
2          MS. QUIST:  Join.
3          MR. MARGULIES:  Object to the
4     form.  You can answer.
5          THE WITNESS:  Please rephrase
6     the question.
7 BY MS. CRAWFORD:
8     Q.    Sure.  You on behalf --
9 because you're here as a corporate
10 designee, you on behalf of Pennsylvania
11 Hospital, after this policy statement came
12 out, and let's say in the 2014 time frame,
13 because that's how it applies to you at
14 Pennsylvania Hospital, would you agree or
15 disagree with the idea that Pennsylvania
16 Hospital believes that the recommendation
17 that's made by the American Academy of
18 Pediatrics is not fully supported by the
19 current evidence?
20          MR. GLASSMAN:  Objection to
21     form.
22          MS. QUIST:  Objection.
23          MR. OVARI:  Join.
24          MR. MARGULIES:  Join.

Page 38

1    THE WITNESS: Pennsylvania
2 Hospital supports the use, the
3 feeding of mother's own milk to all
4 infants.
5 BY MS. CRAWFORD:
6    Q.    So it's fair to say that
7 Pennsylvania Hospital supports that policy
8 statement by the American Academy of
9 Pediatrics as it applies to the use of
10 human milk?
11    MS. QUIST: Objection to form.
12    MR. GLASSMAN: Objection.
13    THE WITNESS: We -- the
14 Pennsylvania Hospital policies for
15 feeding support the American
16 Academy of Pediatrics'
17 recommendation for feeding mother's
18 own milk to all infants.
19 BY MS. CRAWFORD:
20    Q.    Okay. And are you aware at
21 all of any -- those in your field that
22 don't support that recommendation as you
23 sit here today?
24    A.    No.

Page 39

1    Q.    And in terms of us
2 understanding the recommendation from the
3 American Academy of Pediatrics that
4 Pennsylvania Hospital supports, is the
5 concept that for premature babies, babies
6 that are born prematurely with a birth
7 weight of less than 1500 grams that if
8 expressed breast milk is unavailable, the
9 recommendation is that donor breast milk be
10 used in that setting?
11    MR. GLASSMAN: Objection.
12    MS. QUIST: Objection to form.
13    THE WITNESS: We have policies
14 based on gestational age and birth
15 weight that recommend the feeding
16 of mother's own milk and
17 supplementation, if required, with
18 donor milk.
19 BY MS. CRAWFORD:
20    Q.    And that occurs before -- the
21 recommendation is that if you're going to
22 supplement, the recommendation is you
23 supplement with donor milk as opposed to
24 bovine formula, right?

Page 40

1    MS. QUIST: Objection to form.
2    MR. GLASSMAN: Objection.
3    THE WITNESS: We have policies
4 based on gestational age and birth
5 weight that recommend
6 supplementation of mother's own
7 milk with pasteurized human donor
8 milk.
9 BY MS. CRAWFORD:
10    Q.    In anticipation of today's
11 deposition, what materials did you review,
12 if anything?
13    A.    I reviewed the policies and
14 procedures of Pennsylvania Hospital in
15 relation to nutrition.
16    Q.    Okay. Did you review any of
17 the medical records that relate to the
18 Pennsylvania Hospital babies that are
19 involved in this particular case?
20    A.    No.
21    Q.    Are you familiar at all in
22 your role at Pennsylvania Hospital with a
23 study that was done at Pennsylvania
24 Hospital relating to neurodevelopmental

Page 41

1 effects of donor human milk versus preterm
2 formula in infants that have a low birth
3 weight?
4    A.    I do not know what you are
5 referring to.
6    Q.    Okay. Did you have an
7 understanding one way or another in 2014
8 when you came to Pennsylvania Hospital that
9 there was an ongoing study that related to
10 determining the neurodevelopmental outcomes
11 of babies that were -- that were given
12 human milk versus those babies that were
13 given formula that was being conducted at
14 Pennsylvania Hospital, among other
15 hospitals?
16    MS. QUIST: Objection to form.
17    MR. GLASSMAN: Objection.
18    THE WITNESS: I was aware. I
19 was made aware that the hospital
20 was participating in the National
21 Institutes of Health study
22 addressing the use of donor milk.
23 BY MS. CRAWFORD:
24    Q.    Okay. Were you involved in

Karen: Puopolo

---

Page 42

1 that study at all?
2      A.    I am not involved and I was
3 not involved in that study.
4      Q.    Okay.  So is it fair to say
5 that you did not -- you weren't involved in
6 any of the informed consent decisions or
7 anything like that?
8      A.    I was not.
9      Q.    Okay.  And in terms of
10 results, do you have any familiarity with
11 what the results were of that study?
12      A.    That study has not yet been
13 published.
14      Q.    Okay.  So in terms of any
15 information as to the results of that
16 study, are you familiar with any of that at
17 this time as you sit here today?
18      A.    The results of that study
19 have not been published.
20      Q.    Okay.  Did you have an
21 understanding that in that study that there
22 were babies that were given bovine formula
23 and then there were babies that were given
24 human milk and the babies nor the mother --

Page 43

1 obviously, the babies wouldn't know, but
2 the mothers didn't know which one the baby
3 was given?
4           MS. QUIST:  Objection to form.
5           MR. GLASSMAN:  Objection to
6      form.
7           MR. OVARI:  Objection.
8           THE WITNESS:  My understanding
9      is that was a randomized controlled
10      blinded study, which means if the
11      mother consented, they would
12      consent with the knowledge that
13      they would not know what their
14      infant was randomized to.
15 BY MS. CRAWFORD:
16      Q.    And did you have an
17 understanding that that study was still
18 ongoing at the time that you were
19 involved -- that you became the medical
20 director in 2014, in other words, there
21 were still babies that were participating
22 in that study during that time frame?
23      A.    I was aware that it was an
24 ongoing study.

Page 44

1      Q.    Okay.  Do you know when it
2 ended?
3      A.    I don't recall.
4      Q.    Okay.  Do you know how it is
5 that Pennsylvania Hospital gets involved in
6 one of these national type of studies in
7 your role?
8      A.    I do know how that happens.
9      Q.    Can you tell me?
10      A.    The university makes an
11 application to the National Institutes of
12 Health for participation in the Neonatal
13 Research Network that oversees a number of
14 different studies among infants.
15      Q.    Was there a neonatologist
16 that was at the Pennsylvania Hospital that
17 was involved in that that you were aware
18 of?
19      A.    Yes.
20      Q.    And can you tell me who that
21 was?
22      A.    Soraya, S-O-R-A-Y-A, Abbasi,
23 A-B-B-A-S-I.
24      Q.    And is that a female or a

Page 45

1 male?
2      A.    Female.
3      Q.    Okay.  And is she -- is she a
4 neonatologist?
5      A.    Yes.
6      Q.    Anyone else that was involved
7 in that?
8           MR. MARGULIES:  At
9      Pennsylvania Hospital?
10           MS. CRAWFORD:  At Pennsylvania
11      Hospital, yeah, that was a
12      neonatologist, an MD.
13           THE WITNESS:  No.
14 BY MS. CRAWFORD:
15      Q.    Okay.  All right.  I'm going
16 to take a look now at the policies and
17 procedures.  These I will mark as P-9.
18           MS. QUIST:  Do you want to
19      note for the record --
20           MS. CRAWFORD:  Oh, yes,
21      thanks.  For the curriculum vitae,
22      I had identified that as P-7, it's
23      actually going to be P-8 for the
24      record and I have corrected that.

Page 46

1    And so now the next exhibit
2 will be P-9 and that will be the
3 Pennsylvania Hospital policies
4 and procedures that we received
5 and that have been reviewed by
6 this witness. This is P-9. I'll
7 give you a copy.
8        - - - - -
9    (Pennsylvania Hospital
10 Policies and Procedures Bates PAH
11 000001 to 153 marked Puopolo
12 Exhibit P-9 for identification.)
13        - - - - -
14    MR. MARGULIES: And I have a
15 copy for you.
16    MR. GLASSMAN: Thanks.
17    MR. MARGULIES: I have, yeah.
18    MS. QUIST: Liz, can you just
19 for the record identify the Bates
20 numbers of the exhibit?
21    MS. CRAWFORD: Sure.
22    MS. QUIST: Just to make sure
23 that -- I brought a copy with me, I
24 just want to make sure --

Page 47

1    MS. CRAWFORD: It just looks
2 light.
3    MS. QUIST: It does look
4 light, that's why I'm wondering --
5    MR. MARGULIES: Here, do you
6 want -- I have an extra.
7    MS. CRAWFORD: All right. It
8 might have been, like, the printer
9 died printing or something like
10 that. PAH 1 to 153 is what I have.
11    MS. QUIST: Mine are
12 double-sided, that's why.
13 BY MS. CRAWFORD:
14    Q.   Oh, okay. All right.
15 Perfect.
16    Okay. So these are the
17 policies and procedures that you have
18 reviewed in anticipation of today's
19 deposition, right?
20    A.   Correct.
21    Q.   Okay. And the first policy
22 that we see here and it's not in
23 chronological order, but I'm going to go in
24 Bates order, because that's what makes

Page 48

1 sense, it's called the
2 Initiation/"Maintenance of Lactation via
3 Electrical Breast Pump," and at least it's
4 from PAH1 until PAH5. And it looks like
5 the effective date was March of 2016. So
6 that would have been when you were involved
7 in policies and procedures, right?
8    A.   Correct.
9    Q.   All right. Can you tell me
10 what this policy is and what the purpose
11 is?
12    A.   This is a nursing practice
13 policy. The point of these policies is to
14 help direct nursing practice. And this
15 policy is so that a nurse can support a
16 woman in expressing milk using an electric
17 breast pump.
18    Q.   Okay. And is this consistent
19 with the recommendation that breastfeeding
20 is best for the body, so there's all these
21 mechanisms to help ensure that that can be
22 accomplished?
23    A.   Correct.
24    Q.   Let's go to the next one

Page 49

1 which begins at PAH6 and goes until PAH10,
2 December of 2017. Can you tell me what
3 this policy involves?
4    A.   The purpose of this nursing
5 policy is to ensure that expressed mother's
6 own milk and donor milk is prepared in a
7 way that is appropriate for feeding to an
8 infant.
9    Q.   Okay. And the next policy I
10 believe is on PAH11, "Formula Preparation,
11 Handling and Distribution in the Nutrition
12 Room" and this is February 2019. Can you
13 tell me what this policy entails?
14    A.   This is a nursing policy
15 directing the appropriate preparation of
16 formula for feeding infants.
17    Q.   And does it specifically
18 relate to -- is there anything relating to
19 specifically premature infants or is this
20 kind of the general formula policy?
21    A.   This is a general policy.
22    Q.   Okay. And if we look at
23 PAH15 through 18, it looks like there was
24 an update in 2020. Can you tell me about

Page 50

1 that?
2      A.    Per hospital policy, all
3 standing policies must be reviewed and
4 updated every one to two years.  Whether or
5 not there are specific changes, they must
6 be reviewed and redated.
7      Q.    Okay.  And I see that that's
8 done again in 2021, the same policy; is
9 that correct?
10      A.    That is correct.
11      Q.    Okay.  All right.  The next
12 one applies to donor milk.  And this one
13 was effective November 2012.  So around at
14 least after the AAP policy statement had
15 come out and prior to your employment at
16 Pennsylvania Hospital, right?
17      A.    This is prior to my
18 employment at Pennsylvania Hospital.
19      Q.    Okay.  But you've reviewed it
20 before and you would have reviewed it as --
21 in your current capacity at Pennsylvania
22 Hospital at some point, right?
23      A.    I would review updated
24 versions of this policy.

Page 51

1      Q.    Okay.  And can you just tell
2 me what this policy is about?
3      A.    This policy is for the
4 preparation and handling, again, it is a
5 nursing policy, of donor human milk for
6 feeding to infants.
7      Q.    Okay.  And do you know
8 whether or not this policy came out as a
9 result of the American Academy of
10 Pediatrics' article that came out in 2012?
11      A.    I cannot speak to the
12 rationale of policies prior to 2014.
13      Q.    Okay.  And do you know
14 when -- I presume that there was a policy
15 that came out at Boston Children's around
16 this time frame as well, right?
17           MR. GLASSMAN:  Objections.
18           MR. MARGULIES:  Regarding
19      donor milk?
20           MS. CRAWFORD:  Regarding donor
21      milk.
22           THE WITNESS:  I cannot speak
23      to the development of the nutrition
24      policy in Boston.

Page 52

1 BY MS. CRAWFORD:
2      Q.    Okay.  I see the policy was
3 updated in 2016, that would have been when
4 you were there, right?
5      A.    Yes.
6      Q.    Okay.  Can you tell me at
7 this point, now that you're involved in
8 this policy, why Pennsylvania Hospital has
9 this policy now that you're involved?
10      A.    This nursing policy is for
11 the appropriate preparation of donor milk
12 for feeding to infants.
13      Q.    And it indicates that
14 "Implementation, Mother's own milk is the
15 preferred feeding for nearly all infants."
16 And then it indicates "When mother's own
17 milk is not available or insufficient, DHM
18 or donor human milk, may be considered for
19 infants meeting clinical eligibility
20 criteria."
21           Do you see that?
22      A.    I do.
23      Q.    Okay.  And was that the
24 practice of Pennsylvania Hospital at the

Page 53

1 whole time that you have been there?
2           MR. GLASSMAN:  Objection.
3           MS. QUIST:  Join.
4           THE WITNESS:  It has been the
5      policy since I have been at
6      Pennsylvania Hospital in 2014 to
7      support, advocate for the use of
8      mother's own milk in all infants.
9      In specific infants specified by
10      gestational age and birth weight
11      primarily, the use of donor milk is
12      recommended when mother's own milk
13      is not available or sufficient.
14 BY MS. CRAWFORD:
15      Q.    And now can you -- now that
16 you're involved in these policies, can you
17 tell me what the rationale is for that
18 recommendation?
19      A.    The rationale for that
20 recommendation in specific gestational age
21 and birth weight specified infants is to
22 optimize the nutrition of those infants
23 and, if possible, to decrease the risk of
24 necrotizing enterocolitis from what it is

Page 54

1  by gestational age at birth.
2      Q.    Okay.  And in terms of
3  eligibility criteria, can you tell me what
4  that -- what that is?  I think you
5  indicated that it was gestational age and
6  birth weight.
7          MR. MARGULIES:  You mean as of
8      2014?
9          MS. CRAWFORD:  Yeah, as of
10     your involvement in 2014.
11         THE WITNESS:  Gestational age
12     and birth weight.
13  BY MS. CRAWFORD:
14     Q.    Okay.  So what was the
15  gestational age?
16     A.    The recommendations for
17  specific types of use and duration vary by
18  gestational age and birth weight.
19     Q.    Okay.  So in terms of those
20  infants that would qualify for the use of
21  donor human milk, would those be infants
22  that were gestational age less than 36
23  weeks and weight less than 1500 grams?
24     A.    Yes.

Page 55

1      Q.    Okay.  And is one of the
2  rationales for that inclusion criteria
3  because it's understood that those are the
4  babies that are at greater risk for
5  necrotizing enterocolitis?
6      A.    That is one rationale, yes.
7      Q.    There's another update to
8  this same policy in August of 2016.  Do you
9  know what that was about?
10     A.    So the donor human milk
11  policy on printout page 27 through 29 is
12  dated March 2016.
13     Q.    Okay.  And then there's
14  another one that starts on 30 that looks
15  like it goes until 33 and that's August of
16  2016.  I was wondering what, if at all, was
17  updated at this point.
18     A.    I don't recall specifically.
19     Q.    Okay.  And then we have
20  another update or at least another review.
21  Every time, it doesn't mean that there's
22  necessarily an update, it just means that
23  the policy is reviewed; is that correct?
24     A.    That is correct.

Page 56

1      Q.    Okay.  And that was February
2  of 2017?
3      A.    Correct.
4      Q.    Anything, at least as you
5  look at this right now, that you remember
6  reviewing or you're reviewing now that you
7  remember what was updated, if there was
8  anything?
9      A.    I don't remember specifically
10  what was updated.
11     Q.    Okay.  And then if we look at
12  PAH39, can you tell me what this is?
13     A.    I believe that this is a
14  nursing policy for the management of --
15  this starts with "Patient presents with
16  donor milk."  This specific page refers to
17  the practice of informal milk sharing, IMS.
18  That is the practice of accepting milk from
19  a friend to feed to your child.
20     Q.    Okay.  All right.  On the
21  next page, it's PAH40, this looks like the
22  consent form for the use of donor human
23  milk.
24     A.    Yes.

Page 57

1      Q.    And are you involved at all
2  in certain circumstances relating to this
3  sort of informed consent situation with
4  donor milk?
5          MR. MARGULIES:  Object to the
6      form.  You can answer.
7          THE WITNESS:  When we were
8      using this consent, there were
9      times when I would be the clinician
10     obtaining consent.
11  BY MS. CRAWFORD:
12     Q.    Okay.  And can you tell me
13  from Pennsylvania Hospital's policies and
14  procedures, what was explained to -- I'm
15  looking at the consent form now, but what
16  was generally explained to the mother
17  relating to the use of donor human milk as
18  far as informed consent goes?
19     A.    Donor milk is a human
20  product.  As a human product, it can be a
21  source of infection.  We explain to
22  families that donor milk is pasteurized.
23  That donors are screened for specific
24  infections.  That it is as safe as we can

Page 58

¹ make it, but we must accept that because it
² is a human product, there is the risk of
³ transmission of unrecognized infection.
⁴     Q.    Do you explain to patients
⁵ that there has never been a reported case
⁶ of treated human milk affecting a baby with
⁷ any diseases?
⁸     A.    We fashion our consent with
⁹ respect to questions that families ask.
¹⁰     Q.    So if a family asked what's
¹¹ safe for -- I have a baby that's 36 weeks
¹² or 35 weeks or whatever it is, and it's
¹³ less than 1500 grams, and I can't produce
¹⁴ my own milk for whatever reason, is donor
¹⁵ milk or is bovine formula safer, and this
¹⁶ is 2014 on at Pennsylvania Hospital, what's
¹⁷ explained to the patients in those
¹⁸ scenarios per policies and procedures?
¹⁹         MR. GLASSMAN:  Objection.
²⁰         MS. QUIST:  Objection to form.
²¹         MR. MARGULIES:  I'll object to
²² the form.  You can answer.
²³         THE WITNESS:  We recommend to
²⁴ parents that the optimal feeding is

Page 59

¹         mother's own milk.  If that cannot
²         be fed, depending on gestational
³         age and birth weight, we recommend
⁴         the use of donor milk.
⁵ BY MS. CRAWFORD:
⁶     Q.    And why is that just, so we
⁷ can understand, the patient can understand?
⁸     A.    We explain that donor milk is
⁹ human milk, that there is some evidence
¹⁰ that it may decrease the risk of
¹¹ necrotizing enterocolitis, that there is
¹² some evidence that it may be the most
¹³ easily digestible feeding and we recommend
¹⁴ the use of donor milk if mother's milk is
¹⁵ not fully sufficient or unavailable.
¹⁶     Q.    And when patients are asked,
¹⁷ you know, you're a neonatologist, you know,
¹⁸ I sometimes feel like I have been
¹⁹ researching medicine for a while, when
²⁰ patients want to understand better, you
²¹ know, what do you mean when you say
²² "necrotizing enterocolitis," how is that
²³ explained to the patient as well at
²⁴ Pennsylvania Hospital from the 2014 period

Page 60

¹ on?
²     A.    We explain that necrotizing
³ enterocolitis is a complication of
⁴ prematurity.
⁵     Q.    And when you explain there's
⁶ a complication of prematurity, how do you
⁷ describe it, you know, such that a patient
⁸ understands the potential severity of the
⁹ condition?
¹⁰     A.    We explain that it is a
¹¹ severe complication of prematurity that can
¹² harm their baby's intestines, that the baby
¹³ could require surgery, that the baby could
¹⁴ die of that complication.
¹⁵     Q.    Okay.  The next policy is at
¹⁶ PAH41.  I think it's a longer one,
¹⁷ August 2014.  I think I see your name on
¹⁸ that one.  Can you tell me what this one is
¹⁹ about?
²⁰     A.    This is a nursing policy
²¹ addressing practices to promote and support
²² human milk feeding to all infants.
²³     Q.    Okay.  I see there's another
²⁴ review or update that occurred in July of

Page 61

¹ 2018 of the same procedure; is that
² correct, the same policy?
³     A.    That is correct.
⁴     Q.    And then another update in
⁵ April of 2019 as reflected on PAH65?
⁶     A.    That is correct.
⁷     Q.    And is this part of the, I
⁸ think we heard about this yesterday, part
⁹ of the Baby Friendly policies and
¹⁰ procedures?
¹¹     A.    The policies that are
¹² described in this nursing practice policy
¹³ are aligned with the goals of the Baby
¹⁴ Friendly Hospital Initiative.
¹⁵     Q.    Okay.  Which is what exactly,
¹⁶ just so we understand?
¹⁷     A.    To promote and to support the
¹⁸ use of mother's own milk for feeding all
¹⁹ infants.
²⁰     Q.    Okay.  And PAH66 to 74,
²¹ another review or update in May of 2020,
²² right?
²³     A.    Yes.
²⁴     Q.    Okay.  And then we see the

1 next policy and it's called "Feeding
2 Methods for Infants." It starts on PAH75
3 all the way to PAH83. And this is from
4 April of 2010, which was before you were
5 there, correct?
6     A.    Yes.
7     Q.    And can you just tell us
8 generally, I know you weren't involved in
9 this, but generally what this is?
10     A.    This is a nursing practice
11 policy that addresses the different ways in
12 which an infant may be fed.
13     Q.    Okay. And this applies to
14 all infants even if they're not in the
15 NICU?
16     A.    Correct.
17     Q.    Or just for those infants in
18 the NICU?
19     A.    No, this is for all infants.
20     Q.    Okay. And this -- and then
21 there looks like there's another review or
22 update, PAH92, in June of 2011; is that
23 correct?
24     A.    Uh-huh, yes.

1     Q.    Okay. And then another
2 update in December of 2016. That's when
3 you would have been involved, correct?
4     A.    Yes.
5     Q.    Okay. Do you have, from
6 review of this or any recollection of this,
7 do you know if anything was changed or do
8 you remember anything relating to this
9 particular policy?
10     A.    I do not remember specific
11 major changes in this policy.
12     Q.    Okay. All right. Let's now
13 look at PAH102, and this is a policy from
14 February of 2007, through PAH106. This
15 would have been before you were there,
16 correct?
17     A.    Yes.
18     Q.    All right. And it indicates
19 that "Every effort will be made to allow
20 the neonate to directly breast feed." And
21 then it indicates "During separation of
22 mother and neonate or when neonate is
23 unable to PO feed, alternative-feeding
24 method will be instituted and the neonate

1 will receive his or her own mother's milk."
2         Can you tell me what this
3 policy is about?
4     A.    I can speak in general terms.
5     Q.    I understand. I know you
6 didn't write the policy or you weren't
7 involved in the policy.
8     A.    It's a nursing policy to
9 direct the storage and administration of
10 human milk. It is -- it directs policies
11 to ensure that an infant receives their own
12 mother's milk and not some other woman's
13 milk.
14     Q.    Okay. And if we go to PAH108
15 to 112, there's another update in April of
16 2012. Again, the same type of policy, it
17 looks like there was some updates to the
18 description of the policy. But, again,
19 before your time, correct?
20     A.    Yes.
21     Q.    All right. And then if we go
22 to PAH118 -- or PAH114 to 118,
23 January 2016, this would have been when you
24 were involved, correct?

1     A.    Yes.
2     Q.    Okay. So now can you tell me
3 the purpose of this policy and the
4 rationale as you understood it?
5     A.    The first part of this policy
6 is to ensure that mother's own milk is
7 stored appropriately and labeled
8 appropriately to ensure that mother's own
9 milk is fed to their own infant and to
10 ensure that it is stored in a manner that
11 is safe with respect to refrigeration and
12 to ensure there are not infectious
13 complications from that storage.
14     Q.    Okay. The next policy is
15 PAH120 to 122. And this is from August of
16 2010, so before you, and it talks about
17 breastfeeding a preterm infant. Do you
18 know what this policy is about, just
19 generally?
20     A.    Generally, this nursing
21 policy is to optimize infant feeding at the
22 breast when a preterm infant is mature
23 enough to do so.
24     Q.    Okay. And it looks like

Page 66

1 another update in -- for the next policy of
2 April of 2012, again, before you.  And then
3 another update in March of 2017, which is
4 PAH131, same policy.  Can you tell me a
5 little bit more about this policy based
6 upon your involvement?
7        A.    The policy from page 128 to
8 131?
9        Q.    Yes.
10       A.    This policy is, directs
11 nursing practice to optimize direct
12 breastfeeding for preterm infants.  Very
13 preterm infants can't orally feed.  When
14 they're mature enough, we try to support
15 them to learn to feed directly at the
16 breast.
17       Q.    Okay.  The next one is PAH132
18 and I don't know if I see -- oh, yeah, it
19 says "revised," I believe this one goes to
20 137.
21            MR. MARGULIES:  No, I think
22        there's --
23            MS. CRAWFORD:  They're two
24        separate ones?

Page 67

1            MR. MARGULIES:  Yeah, I think
2        it just goes to 134, but it's
3        not --
4            MS. CRAWFORD:  It's not dated?
5            MR. MARGULIES:  Right.
6 BY MS. CRAWFORD:
7        Q.    Okay.  It has citations of
8 the AAP from 2012, so presumably it's after
9 2012, but as to when, we don't know.  Have
10 you seen this policy before?
11       A.    Yes.
12            MR. MARGULIES:  Yeah, I'll
13        just object.  I'm not sure it's
14        officially a policy, but --
15 BY MS. CRAWFORD:
16       Q.    All right.  Can you just tell
17 me what this is that starts on PAH130 --
18 PAH132 and goes to PAH134?
19       A.    The purpose of this policy is
20 to make pasteurized donor human milk
21 available to not premature well infants who
22 require some feeding supplementation
23 because of low blood sugar.
24       Q.    Okay.  All right.  How about

Page 68

1 PAH135?
2        A.    This is a copy of
3 instructions for the preparation of preterm
4 formulas.
5        Q.    Okay.  And it says it was
6 revised July 25 of 2016; is that correct,
7 on 137?
8            MR. MARGULIES:  I think --
9            THE WITNESS:  That's a
10       different policy.
11            MR. MARGULIES:  Yeah, I think
12       this is just this page.
13 BY MS. CRAWFORD:
14       Q.    Oh, okay.  All right.  So
15 then the next policy was revised on July 25
16 of 2016, which is the "Initiation and
17 Advancement of Human Milk or Formula
18 Feeding in Preterm Infants;" is that right?
19            MR. MARGULIES:  Well, just
20       objection, it says it's guidelines,
21       so -- but you can answer.
22 BY MS. CRAWFORD:
23       Q.    Can you describe what this is
24 that I'm looking at at PAH136 to 137?

Page 69

1        A.    This is a clinical guideline
2 for preterm infants to begin enteral
3 feeding and to advance slowly to full
4 enteral feeding.
5        Q.    And you're involved in this
6 particular guideline?
7        A.    Yes.
8        Q.    Okay.  All right.  Now,
9 PAH138, this is a protocol for gut priming
10 in preterm infants, and this is revised
11 July 2016, can you tell me what this is?
12       A.    This is a clinical guideline
13 for the practice of gut priming, very
14 preterm infants, infants who are very ill,
15 who are unable to be fully fed can be given
16 non-nutritive very, very low volume
17 mother's milk or donor milk to help prepare
18 their intestine for feeding when
19 appropriate.
20       Q.    Okay.  And PAH140, can you
21 tell me what this is?
22       A.    This is instructions for the
23 preparation of fortified maternal or donor
24 milk.

1    Q.    Okay.  And the next guideline
2 in 141, revised October 9 of 2018.  Can you
3 tell me what that is?
4    A.    This is the clinical
5 "Guideline for the Initiation,
6 Fortification and Advancement of Human Milk
7 or Formula Feeding."
8    Q.    And then PAH142.
9    A.    This is a parent education
10 sheet that describes what donor milk is,
11 how it is prepared, and when it may be
12 recommended for use.
13    Q.    Do you know when this was
14 created?
15    A.    I do not know when this
16 particular sheet was created.
17    Q.    Okay.  And it indicates "Why
18 donor human milk?"  And it says "Many
19 professional, medical and international
20 health organizations, such as the American
21 Academy of Pediatrics, list banked human
22 milk as the 'First Choice' to feed a baby
23 after mom's own milk.  Banked human milk is
24 safe and healthy."

1         Do you see that?
2    A.    I do.
3    Q.    Okay.  Do you know whether or
4 not that's the position of Pennsylvania
5 Hospital from 2014 to the present?
6    A.    That is the position of
7 Pennsylvania Hospital from 2014 to the
8 present.
9    Q.    Okay.  All right.  Do you see
10 the next one, it is PAH143?
11    A.    Yes.
12    Q.    And it indicates that -- do
13 you know when this particular document
14 existed?
15    A.    It does not have a date.
16         MR. MARGULIES:  I think
17      there's a date with a disclaimer at
18      the bottom.
19         THE WITNESS:  Is there?  I
20      don't -- I am uncertain if that is
21      the date, but it may be.
22 BY MS. CRAWFORD:
23    Q.    Okay.  And it indicates that
24 "Why is pasteurized donor milk being

1 offered to my baby?"  And it says "At
2 Pennsylvania Hospital, pasteurized donor
3 human milk is recommended for use to
4 supplement mother's own milk when the
5 baby's birth weight is less than
6 1500 grams" and it says in parentheses "a
7 little over 3 pounds.  Pasteurized donor
8 human milk is available for supplementation
9 of mother's own milk to treat low blood
10 sugars (hyperglycemia), and some
11 metabolic/immune disorders.  Mother's own
12 milk will always be used when available,
13 however, pasteurized donor human milk will
14 be provided when mother's own milk is not
15 available or there is not enough of that."
16         As to that statement, did
17 that apply when you were there starting in
18 2014?
19    A.    This is currently the
20 position of Pennsylvania Hospital.  In
21 2014, donor milk was not yet widely
22 available to well infants in the nursery.
23    Q.    Okay.  And so at this time,
24 whenever this was, presumably 2019 and

1 thereafter, now donor human milk seems to
2 be available for supplementation even for
3 well infants, right?
4         MS. QUIST:  Objection to form.
5         MR. GLASSMAN:  Objection.
6         THE WITNESS:  With indication,
7      yes.
8 BY MS. CRAWFORD:
9    Q.    Okay.  PAH144 says "revised
10 November 9, 2017."  Can you tell me what
11 this is?
12    A.    This is a clinical guideline
13 for the use of pasteurized donor milk in
14 the intensive care nursery.
15    Q.    Okay.  And I don't know if
16 this page is -- it looks like this is part
17 of the same document, the next page, which
18 is PAH145.  And it says, this is from 2017,
19 it says "Exclusive feeding of mother's own
20 breast milk is associated with decreased
21 risk of necrotizing enterocolitis among
22 premature very-low birth weight infants."
23 And Pennsylvania Hospital agrees with that,
24 correct?

---

Page 74

1    MR. GLASSMAN:  Objection.
2    MS. QUIST:  Join.
3    THE WITNESS:  This is the
4    position of Pennsylvania Hospital
5    in 2017.
6  BY MS. CRAWFORD:
7    Q.    Okay.  And then it also
8  indicates that "Donor milk is intended to
9  supplement mother's own breast milk when
10  there is an inadequate volume of mother's
11  own milk to meet the infant's nutritional
12  needs.  Donor milk is a substitute for
13  formula supplementation, not a substitute
14  for mother's own milk."
15    What does this mean?
16    A.    Pennsylvania Hospital
17  supports the use of mother's own milk to
18  every infant.  Donor milk is not superior
19  to mother's own milk.  Donor milk is used
20  if mother's own milk is unavailable or
21  inadequate.
22    Q.    All right.  The next page is
23  a revision from October 9, 2018, and it
24  looks like it goes on to the next page as

---

Page 75

1  well, and then the next page as well.  Can
2  you tell me what this is?
3    A.    This is a clinical guideline
4  for the use of human donor milk and a human
5  fortification product at Pennsylvania
6  Hospital NICU intensive care nursery.
7    Q.    Okay, and on page 148, it
8  indicates that a rationale for use of donor
9  milk as of 2018 and it says "Exclusive
10  feeding of mother's own breast milk is
11  associated with decreased risk of
12  necrotizing enterocolitis among premature,
13  very-low birth weight infants", correct?
14    A.    That is -- that is correct,
15  it is stated here in this policy from 2018,
16  this guideline.
17    Q.    Okay.  And it looks like it
18  was revised again in 2020, PAH150?
19    A.    Yes.
20    Q.    Anything specific about this
21  revision that you remember that you see
22  right now?
23    A.    This revision is a clinical
24  guideline for the use of pasteurized human

---

Page 76

1  donor milk and a human supplementation
2  product.
3    Q.    Okay.  So is the fortifier
4  now made with human milk too, is that what
5  this is suggesting?
6    A.    There are different types of
7  fortifiers and this is a guideline for the
8  use of a human milk dry fortifier in
9  specific birth weight and gestational age
10  infants.
11    Q.    Okay.  And what's the
12  rationale behind that?
13    MS. QUIST:  Objection to form.
14    MR. GLASSMAN:  Objection.
15    THE WITNESS:  The rationale is
16    for the use of human milk products
17    in very low birth weight, low
18    gestation infants.
19  BY MS. CRAWFORD:
20    Q.    Okay.  And is that for the
21  reduction of necrotizing enterocolitis,
22  among other things?
23    MS. QUIST:  Objection to form.
24    MR. GLASSMAN:  Objection.

---

Page 77

1    THE WITNESS:  It is -- it is
2    recommended with the hope that it
3    may contribute to decreasing the
4    risk of necrotizing enterocolitis.
5  BY MS. CRAWFORD:
6    Q.    Do you know what formulas
7  exist at Pennsylvania Hospital from 2014 to
8  the present?
9    MR. MARGULIES:  Are you
10    talking specifically about preterm
11    formulas?
12    MS. CRAWFORD:  Yes, for
13    preterm babies.
14    THE WITNESS:  I know that
15    preterm formula is available in
16    specific circumstances for the
17    feeding of preterm infants at
18    Pennsylvania Hospital.
19  BY MS. CRAWFORD:
20    Q.    Okay.  And do you know what
21  brands they were?
22    A.    The brands of formula rotate
23  and that decision is made by our purchasing
24  department.  It's not made as a clinical

---

Page 78

1 decision.
2 Q. Okay.
3 A. I am aware that there are
4 products available from different formula
5 production companies.
6 Q. Do you know whether or not
7 there was a Similac product from 2014 to
8 2023 at any point at Pennsylvania Hospital
9 for preterm infants?
10 A. Yes, that was available.
11 Q. Same question as to Enfamil
12 from that time frame.
13 A. There are available products
14 from Enfamil.
15 Q. Do you know whether or not
16 the available products, the Similac
17 products and the Enfamil products for
18 preterm babies had -- there was any of
19 those products contained bovine or cow's
20 milk?
21 MR. GLASSMAN: Objection.
22 THE WITNESS: Those products,
23 there are a number of different
24 products provided by those

Page 79

1 companies. Some of them are made
2 from cow's milk.
3 BY MS. CRAWFORD:
4 Q. When discussing the decision
5 for a mom, based on the 2014 to 2024, I
6 guess we're in now, time frame, but
7 starting in 2014, when discussing with mom
8 when she has a premature baby that has a
9 low birth weight of less than 1500 grams as
10 to feeding, either before she delivers if
11 it's known that it's going to be a preterm
12 baby or after she delivers, is it ever
13 explained of the potential risks of using
14 bovine formula?
15 MR. GLASSMAN: Objection to
16 form.
17 MR. OVARI: Objection.
18 MR. MARGULIES: Object to the
19 form, you can answer.
20 THE WITNESS: What we discuss
21 in prenatal consultation when we
22 are asked to perform prenatal
23 consultation in the event of a
24 potential preterm delivery, is that

Page 80

1 we strongly recommend the use of
2 mother's own milk for feeding all
3 infants and for feeding, in
4 particular, preterm infants. We
5 make that recommendation during
6 that consultation. We document it
7 in writing. We make available
8 prenatal lactation consultation to
9 support our recommendation.
10 BY MS. CRAWFORD:
11 Q. So when that's discussed, is
12 it discussed more in the benefits of human
13 milk and donor milk as opposed to the risks
14 of not going that direction?
15 MS. QUIST: Objection to form.
16 MR. GLASSMAN: Objection to
17 form.
18 THE WITNESS: We discuss the
19 recommendation that the optimal
20 form of feeding for all infants is
21 mother's own milk.
22 BY MS. CRAWFORD:
23 Q. Okay. So in that discussion,
24 are there any risks that are discussed if

Page 81

1 mom decides -- say, if mom says, okay, I
2 understand that's the recommendation, but I
3 want to go with formula. In that setting,
4 are there any risks that are discussed
5 consistent with policies and procedures at
6 Pennsylvania Hospital from 2014 to the
7 present?
8 A. We make the recommendation,
9 depending on gestational age and birth
10 weight, that an infant be fed mother's own
11 milk and if that is insufficient or
12 unavailable, depending on gestational age
13 and birth weight, we recommend the use of
14 pasteurized donor human milk.
15 Q. Okay. And if mom says, I
16 appreciate that recommendation, but I want
17 to proceed with bovine formula for whatever
18 reason, you know, and -- you know, stress,
19 this, that, and the other thing and in that
20 setting, is there any specific policies or
21 procedures or direction that is used at
22 Pennsylvania Hospital to explain to mom,
23 you know, what may be the risks of going
24 that direction?

Karen: Puopolo

---

Page 82

1    MS. QUIST: Objection to form.
2    THE WITNESS: We discuss with
3  families the benefits of using
4  mother's own milk or donor milk.
5    We support that recommendation with
6  lactation consultation and active
7  lactation involvement and we
8  include the recommendation for
9  optimally feeding their infant and
10  decreasing risks of infection
11  potentially and necrotizing
12  enterocolitis.
13  BY MS. CRAWFORD:
14    Q.    Okay.  And just so -- and I
15  don't mean to be asking the same question,
16  I just want to understand that, you know,
17  sometimes when you have discussions with
18  patients, you talk about benefits, you talk
19  about risks, you talk about those types of
20  things.  Is, in essence, the conversation
21  more focused on the benefits of mom's milk
22  or human milk as opposed to the risks of
23  not going that direction?
24    A.    We speak about the benefits

---

Page 83

1  of feeding mother's own milk, one of which
2  is decreasing the risk that comes from
3  prematurity of necrotizing enterocolitis.
4    Q.    So if the mother decides that
5  they want to, notwithstanding that
6  discussion, if they are opting for formula
7  in that setting, are there any risks that
8  are discussed with utilizing formula or no?
9    MS. QUIST: Objection to form.
10    MR. GLASSMAN: Objection.
11    THE WITNESS: We discuss the
12  benefits of mother's own milk and
13  donor milk in decreasing the risk
14  of necrotizing enterocolitis and
15  decreasing potentially the risk of
16  infection.
17  BY MS. CRAWFORD:
18    Q.    Okay.  So there's no, in
19  terms of formula, there's no risks of
20  formula that are specifically discussed,
21  right?
22    MS. QUIST: Objection to form.
23    MR. GLASSMAN: Objection.
24    MR. OVARI: Objection.

---

Page 84

1    THE WITNESS: We emphasize
2  what a mother can do to decrease
3  risk to her infant.
4    MS. CRAWFORD: I think those
5  are all the questions that I have.
6    MR. MARGULIES: Anybody?
7    MS. QUIST: Take a break.
8    MR. MARGULIES: Sure.
9    THE VIDEOGRAPHER: The time is
10  11:29 a.m. and we are off the
11  record.
12    - - - - -
13    (A recess was taken at this time.)
14    - - - - -
15    THE VIDEOGRAPHER: The time is
16  11:40 a.m. and we are on the
17  record.
18  BY MS. QUIST:
19    Q.    Good morning, Doctor.  My
20  name is Paula Quist.  I represent Abbott
21  Labs in connection with these cases.  I
22  have just a very few follow-up questions
23  for you.
24    I want to direct your

---

Page 85

1  attention to the packet in front of you
2  that we've previously marked as P-9 and I
3  would specifically like you to address your
4  attention to the parent education
5  documents, the first one of which is
6  Bates-labeled PAH000142.  You can let me
7  know when you're there.  I just have a few
8  questions about it.
9    A.    Yes.
10    Q.    Okay.  Am I correct that the
11  parent education materials discussed or
12  that's reflected in PAH0000142 relates to
13  the potential provision of donor human milk
14  in circumstances in which full-term babies
15  have short-term low blood sugars?
16    A.    This particular parent
17  education sheet is aimed towards mothers of
18  term infants whose infant may need
19  short-term supplementation for low blood
20  sugar.
21    Q.    Okay.  So this particular
22  parent education sheet, PAH0000142, does
23  not relate to the potential use of donor
24  human milk in preterm infants, correct?

---

Page 86

1      A.   This was written for mothers
2  of term and late preterm infants, so not
3  low gestation, low preterm infants in the
4  intensive care nursery.
5      Q.   Okay.  And then if you turn
6  the page, there's a parent education sheet
7  that is Bates-labeled PAH0000143.  Am I
8  correct that this parent education sheet
9  addresses the potential use of donor human
10 milk in incidences where a baby's birth
11 weight is less than 1500 grams?
12     A.   This parent education sheet
13 does refer to the use of donor milk in
14 infants with birth weight less than
15 1500 grams.
16     Q.   Okay.  I just wanted to make
17 that clarification that they were two
18 different sheets as opposed to updated
19 versions of the same thing.
20     A.   They do address different
21 types of mothers.
22          MS. QUIST:  Okay.  I don't
23     have anything else.  Thank you very
24     much.

Page 87

1          MR. GLASSMAN:  I don't have
2     anything.
3          MR. MARGULIES:  No questions.
4          MR. OVARI:  Nothing.
5          THE VIDEOGRAPHER:  The time is
6     11:43 a.m. and we are off the
7     record.
8          THE STENOGRAPHER:  Rick, do
9     you want to put your order on the
10    record?
11         MR. MARGULIES:  Just regular,
12    full plus mini by electronic
13    transcript.
14         - - - - -
15    (Whereupon, the deposition
16    was concluded at 11:43 a.m.)
17         - - - - -
18
19
20
21
22
23
24

Page 88

1          C E R T I F I C A T I O N
2
3
4      I HEREBY CERTIFY that the proceedings and
5  evidence are contained fully and accurately in the
6  stenographic notes taken by me upon the foregoing
7  matter on January 23, 2024, and that this is a
8  correct transcript of same.
9
10
11
12
13
14  _____
15     Robin L. Clark
   Registered Professional Reporter
16
17
18
19
20
21     (The foregoing certification of this
22  transcript does not apply to any reproduction of the
23  same by any means unless under the direct control
24  and/or supervision of the certifying reporter.)

Page 89

1      INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully
4  and make any necessary corrections.
5  You should state the reason in the appropriate
6  space on the errata sheet for any corrections
7  that are made.
8          After doing so, please sign the errata
9  sheet and date it.
10         You are signing same subject to the
11 changes you have noted on the errata sheet,
12 which will be attached to your deposition.
13         It is imperative that you return the
14 original errata sheet to the deposing attorney
15 within thirty (30) days of receipt of the deposition
16 transcript by you.  If you fail to do so, the
17 deposition transcript may be deemed to be accurate
18 and may be used in court.
19
20
21
22
23
24

Karen Puopolo

Page 90

```
1          - - - - -
2          E R R A T A
3          - - - - -
4  PAGE   LINE   CHANGE
5
6  ____   ____   _____
7  ____   ____   _____
8  ____   ____   _____
9  ____   ____   _____
10 ____   ____   _____
11 ____   ____   _____
12 ____   ____   _____
13 ____   ____   _____
14 ____   ____   _____
15 ____   ____   _____
16 ____   ____   _____
17 ____   ____   _____
18 ____   ____   _____
19 ____   ____   _____
20 ____   ____   _____
21 ____   ____   _____
22 ____   ____   _____
23 ____   ____   _____
24 ____   ____   _____
```

Page 91

```
1       ACKNOWLEDGMENT OF DEPONENT
2          I,  KAREN PUOPOLO, MD, do hereby
3  certify that I have read the foregoing pages
4  and that the same is a correct
5  transcription of the answers given by me to
6  the questions therein propounded, except for
7  the corrections or changes in form or
8  substance, if any, noted in the attached
9  Errata Sheet.
10
11 DATE              SIGNATURE
12 Subscribed and sworn to before me this
13      day of              ,
14 2024.
15
16 My commission expires:
17
18
19
20 Notary Public
21
22
23
24
```