# EXHIBIT 7

Gina Wieger, on her own behalf and as Parent and Natural Guardian of S.P., a minor

     Plaintiffs

v.

MEAD JOHNSON & COMPANY, LLC, et al.

     Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

CIVIL DIVISION

MARCH TERM, 2022
NO. 2601

Filed and Attested by the Office of Judicial Records
GILLIAM

**ORDER**

**AND NOW**, this 31st day of OCT 2024, upon consideration of the Preliminary Objections of Defendants the Pennsylvania Hospital of the University of Pennsylvania Health System d/b/a Pennsylvania Hospital and the Trustees of the University of Pennsylvania d/b/a Penn Medicine to Plaintiffs' Second Amended Complaint, and any Response thereto, it is hereby **ORDERED** that the Preliminary Objections are **SUSTAINED**. It is further **ORDERED** that all claims against Defendants the Pennsylvania Hospital of the University of Pennsylvania Health System d/b/a Pennsylvania Hospital and the Trustees of the University of Pennsylvania d/b/a Penn Medicine are hereby **DISMISSED** with prejudice.

**BY THE COURT:**

_____ J.

ORDER-Wieger Etal Vs Mead Johnson



22030260100173

Case ID: 220302601
Control No.: 24081578