# EXHIBIT 8

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | | |
|---|---|---|
| **ABDULLAH ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220302583** |
| **CARTER ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220302588** |
| **DRAYTON ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220302594** |
| **WIEGER ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220302601** |
| **TAYLOR ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220302606** |
| **STILLS ETAL** <br> VS <br> **MEAD JOHNSON NUTRITION CO, ETAL** | : <br> : <br> : | **CASE NO. 220302617** |
| **WILLIAMS ETAL** <br> VS <br> **MEAD JOHNSON & COMPANY, ETAL** | : <br> : <br> : | **CASE NO. 220400141** |

## ORDER

**AND NOW**, this 4th day of November, 2024, it is hereby **ORDERED** that this Court's October 21, 2024 Orders docketed in the above-captioned matters[1] are amended such that, pursuant to Pa.R.C.P 1028(e), Plaintiff shall be allowed to file a Motion to Amend the Complaint

---

[1] Case No. 220400141, Williams et al. v. Mead Johnson & Company, et al. did not have an Order docketed on October 21, 2024; however, given the identification of the Williams matter as the first case of the second tranche, the amendment permissions encompassed within this Order shall apply to the Williams case as well.

ORDER-Wieger Etal Vs Mead Johnson



22030260100180

on Count VII (corporate liability) by attaching a copy of the proposed Amended Complaints for Case Nos. 220302583 (Abdullah), 220302588 (Carter), 220302594 (Drayton), 220302601 (Wieger), 220302606 (Taylor), 220302617 (Stills), and 220400141 (Williams) to the Motion. Plaintiff shall have twenty (20) days to file the Motion to Amend and Defendants shall have twenty (20) days therefrom to file any response objecting to the proposed Amended Complaint without the need to file additional preliminary objections under Rule 1028.

**All submissions regarding the Motion to Amend shall be made ONLY to Case No. 220400141 (Williams)**

BY THE COURT:

_____
CARPENTER, J.