# EXHIBIT 10

| | |
|---|---|
| **From:** | Timothy Burke <timothy.burke@klinespecter.com> |
| **Sent:** | Monday, November 18, 2024 10:20 AM |
| **To:** | Sean.Fahey; Ix, Noel B.; mhricheson@jonesday.com; O'Neil, Joseph E.; Ronni.Fuchs |
| **Cc:** | Ben Whiting; Zachary Clark; Tobi Millrood |
| **Subject:** | NEC DG1 Remand Attorneys' Costs and Fees |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel for Abbott, please confirm by the end of today whether you will be voluntarily withdrawing your improper removal of the DG1 NEC cases. If not, allow this email to serve as notice that Plaintiffs' remand papers will be seeking attorneys' costs and fees.
Thanks,
Tim


**Timothy Burke, Esq.**
Attorney
Kline & Specter, PC
1525 Locust St.
Philadelphia, PA 19102
Direct: (215) 792-5607
Main: (215) 772-1000
Timothy.Burke@klinespecter.com
www.klinespecter.com

1