# EXHIBIT 1

 Outlook

---

**Re: PA NEC-Pretrial Memos**

---

**From** Cantillon, Ellen <ellen.cantillon@courts.phila.gov>

**Date** Thu 10/17/2024 10:07 AM

**To** Ix, Noel B. <Noel.Ix@Troutman.com>

**Cc** Timothy Burke <timothy.burke@klinespecter.com>; Tobi Millrood <Tobi.Millrood@klinespecter.com>; Ben Whiting <ben.whiting@kellerpostman.com>; TRenfro@smbtrials.com <TRenfro@smbtrials.com>; Browne, Maureen <mbrowne@cov.com>; rwalk@welshrecker.com <rwalk@welshrecker.com>; cmrecker@welshrecker.com <cmrecker@welshrecker.com>; kmurphy@tlgattorneys.com <kmurphy@tlgattorneys.com>; jayoung <jayoung@burnswhite.com>; rsmargulies <rsmargulies@burnswhite.com>; Carolyn Bohmueller <cbohmueller@obrlaw.com>; Jaime Johnson <jjohnson@obrlaw.com>; Caitlin McCauley <cmccauley@obrlaw.com>; Brooke Carickhoff (nee Sciccitano) <bcarickhoff@eckertseamans.com>; Richeson, Marques H. <mhricheson@jonesday.com>; Murray, Caroline D. <carolinemurray@jonesday.com>; Lee, Corey A. <calee@jonesday.com>; Johnson, April M. <amjohnson@jonesday.com>; O'Neil, Joseph E. <joneil@campbell-trial-lawyers.com>; roneil <roneil@campbell-trial-lawyers.com>

Thanks so much for the inquiry and I apologize for any confusion created by the automated notice that is generated when a Pre-Trial Conference is scheduled. Her Honor will not require Pre-Trial memos for the November 4th conference and the parties will be able to discuss appropriate filing dates for the memos at the conference.

At the conference, Her Honor plans to schedule all of the Group 1 cases for trial beginning in May/June of 2025. The cases in Groups 2 and 3 will be given trial dates at a later time and the parties will be able discuss the timing for that at the conference.

~Ellen

---

**From:** Ix, Noel B. <Noel.Ix@Troutman.com>
**Sent:** Thursday, October 17, 2024 8:37 AM
**To:** Cantillon, Ellen <ellen.cantillon@courts.phila.gov>
**Cc:** timothy.burke@klinespecter.com <timothy.burke@klinespecter.com>; Tobi Millrood <Tobi.Millrood@klinespecter.com>; Ben Whiting <ben.whiting@kellerpostman.com>; TRenfro@smbtrials.com <TRenfro@smbtrials.com>; Browne, Maureen <mbrowne@cov.com>; rwalk@welshrecker.com <rwalk@welshrecker.com>; cmrecker@welshrecker.com <cmrecker@welshrecker.com>; kmurphy@tlgattorneys.com <kmurphy@tlgattorneys.com>; jayoung <jayoung@burnswhite.com>; rsmargulies <rsmargulies@burnswhite.com>; Carolyn Bohmueller <cbohmueller@obrlaw.com>; Jaime Johnson <jjohnson@obrlaw.com>; Caitlin McCauley <CMCCAULEY@obrlaw.com>; Brooke Carickhoff (nee Scicchitano) <bcarickhoff@eckertseamans.com>; Richeson, Marques H. <mhricheson@jonesday.com>; Murray, Caroline D. <carolinemurray@jonesday.com>; Lee, Corey A. <calee@jonesday.com>; Johnson, April M. <amjohnson@jonesday.com>; O'Neil, Joseph E. <JONeil@CampbellTrialLawyers.com>; RONeil@campbell-trial-lawyers.com <roneil@campbell-trial-lawyers.com>; Fahey, Sean P. <Sean.Fahey@troutman.com>; Fuchs, Ronni E. <Ronni.Fuchs@Troutman.com>; Broczkowski, Brett E. <Brett.Broczkowski@troutman.com>
**Subject:** PA NEC-Pretrial Memos

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Dear Ms. Cantillon,

We write on behalf of all parties in the above-referenced litigation. As you know, the Court has scheduled a conference on November 4, during which the parties will select trial cases from the first discovery group.

The notices issued for this conference refer to it as a "pretrial conference" and include the standard requirements for pretrial memoranda to be submitted 15 days prior to the conference (Friday, October 18). These requirements include an exhibit list, a witness list, and a copy of all expert reports. Pursuant to the parties' joint case management stipulation, the fact discovery deadline for these cases is December 3, 2024 (see attached).

Because fact discovery has not yet closed, and trial will not be scheduled until next year, the parties believe that the forthcoming pre-trial memoranda would be of greater utility to the Court once discovery of the case-specific issues are completed. If the parties were to submit pre-trial memoranda now, while timely, they would be incomplete and contain numerous gaps as discovery is not yet complete. Therefore, the parties respectfully request that pre-trial memoranda be filed at a later date, of the Court's choosing, as we believe the Court would be better served with more complete pre-trial memos closer to the time of trial. Of course, at the November 4 pre-trial conference, the parties will be ready to inform the Court of the progress with these cases and engage in trial case selection.

Thank you,
Noël Ix

**Noël B. Ix**
**Partner**
Direct: 609.951.4102 | Mobile: 215.837.8547
noel.ix@troutman.com
_____

**troutman pepper**
301 Carnegie Center
Suite 400
Princeton, NJ 08540
troutman.com
_____

Troutman Pepper is a Mansfield Certified Plus Firm

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is

strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.