**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GINA WIEGER,**<br>***on her own behalf and as Parent and Natural Guardian of S.P., a Minor***<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MEAD JOHNSON & COMPANY LLC, *et al.*,**<br><br>**Defendants.** | ) | **No. 24-cv-11763**<br><br>**Judge Rebecca R. Pallmeyer** |

**MDL REMAND CLOSING ORDER**

The Seventh Circuit has reversed this court's determination that Plaintiff's naming of a non-diverse Defendant constitutes fraudulent joinder. The mandate having now issued, this case is remanded to the First Judicial District of Pennsylvania, Court of Common Pleas of Philadelphia County, Case ID No. 220302601.

ENTER:

Date: October 13, 2026

REBECCA R. PALLMEYER
United States District Judge